of the recording corroborated CW4's account.    CW4 advised that ANT RAMOS uses the stamp "JUICY" for his heroin.    CW4 did not buy heroin at this time.

189.    As previously mentioned in this Affidavit, in the early morning hours of February 16, 2014, Camden County Metro Police executed a consent search of 1350 Sheridan Street in conjunction with a local shooting investigation.  Police recovered over 486 plastic bags of suspected heroin from the kitchen and $6,900 from the bedroom of L. RAMOS.  The bags of suspected heroin were stamped with the word "Juicy XL."  GIO RAMOS  was taken into custody as a result by the Camden County Metro Police. According to police reports, GIO RAMOS  admitted in a post-Miranda interview that he attempted to hide the heroin when police started knocking at the front door.

### February 22, 2014 controlled purchase:

190.    On February 22, 2014, CW4 was directed to go to 1185 Sheridan Street to purchase ten grams of heroin.    CW4 was monitored throughout the process by physical surveillance and pole cameras.    At approximately 2:26 p.m., surveillance observed CW4 arriving in the vicinity of 1185 Sheridan Street.  There were at least two males loitering in front.  At approximately the same time, a blue Dodge Durango with New Jersey registration S26-CTS and known to be operated by RAYMOND ROLDAN ("the RAYMOND ROLDAN Durango"), pulled up and parked in the vicinity of 1185 Sheridan Street.  ROLDAN was observed exiting the RAYMOND ROLDAN Durango and walking up to the males and CW4, who were all still loitering in front of 1185 Sheridan Street.  At approximately 2:28 p.m., ROLDAN walked back to the RAYMOND ROLDAN Durango and pulled off.  At approximately 2:31 p.m., the RAYMOND ROLDAN Durango was

observed parking in front of 1355 Sheridan Street. ROLDAN entered his residence and came out approximately three minutes later. He entered his Durango, drove up Sheridan Street and parked in the vicinity of 1185 Sheridan Street. CW4 entered the front passenger seat of the RAYMOND ROLDAN Durango. The vehicle then drove off and was observed circling the block and returning to Sheridan Street. The RAYMOND ROLDAN Durango parked closer to Louis Street. CW4 exited the vehicle and was monitored as CW4 returned to the pre-designated meeting location. Law enforcement met with CW4 and recovered three clear plastic bags, each containing an off-white chunky substance of suspected crack cocaine, and the recording device, which was then de-activated. Law enforcement subsequently field-tested the substance, which reacted positive, indicating the presence of cocaine. CW4 advised that when CW4 first arrived at 1185 Sheridan Street, there were several individuals present, including ROCKY DIAZ, ESPRIT, CHRIS SETZER, ANT RAMOS, and others. RAMOS told CW4 that he had just sold his last twenty grams of heroin, but was expecting a new supply on Monday (February 24, 2014). ROLDAN, who had pulled up in the ROLDAN Durango, then told CW4 that he had some "hard" left and asked how much money CW4 had. CW4 told him $850. ROLDAN then pulled off in his Durango and returned a few minutes later. CW4 entered the RAYMOND ROLDAN Durango and gave ROLDAN $850 in exchange for two quarter-ounce quantities of crack and another chunk that was "raw" (larger). ROLDAN gave CW4 his phone number, (856) 916-7072 (as provided earlier, law enforcement identified (856) 916-7072 as another phone being utilized by ROLDAN, the ROLDAN Phone#2), and told CW4 to call him directly so that it would be

119

cheaper since "BOO BOO" (ESPRIT) had to mark up the price to make his (ESPRIT's) money. CW4 explained that ESPRIT added a resale price on the crack cocaine that ROLDAN gives CW4. A review of the recording corroborated CW4's account of the events.

### Events of February 23-24, 2014, including
### controlled purchase on February 24, 2014:

191.    On February 23, at approximately 4:32 p.m., the WASHINGTON Phone sent the ANT RAMOS Phone the text "U still got that for me." At approximately 4:38 p.m., the ANT RAMOS Phone sent the reply, "Yea." At approximately 4:39 p.m., the WASHINGTON Phone sent the text, "Wen u get time grab it for me im ready wen u are." Based on the known relationship between RAMOS and WASHINGTON, in addition to the following events, law enforcement believes that WASHINGTON was asking RAMOS for an unspecified amount of CDS.

192.    On February 24, at approximately 1:01 p.m., RAMOS called WASHINGTON and said, "I was going, grab that from you so I can call old boy, but I just, I'll just call you when I grab it." WASHINGTON replied, "Yeah, that's what I'm saying, that's why I was telling you." RAMOS replied, "Yeah, I know, but I was, I was motherfucking short 'cause, you know, we was out and shit, so I was short. But I'll just get it, I'll just get it from J.I., and you can come by and just grab it from me." Law enforcement believes that RAMOS did not have enough money ("short") to buy the CDS for WASHINGTON, and that he would obtain the money from JIMMY MERCADO, aka J.I. RAMOS offered to front the money for the CDS to save WASHINGTON the trip to

bring the money to him.  As demonstrated below pertaining to February 24, 2014, law enforcement believes that WASHINGTON wanted a supply of heroin.

193.   At approximately 1:23 p.m. (almost immediately after the conversation with WASHINGTON), RAMOS called D.S. and asked, "where you at?"  D.S. said, "Sheridan…Right near my mom house."  RAMOS told D.S. he was at "JIMMY's café." The call ended shortly thereafter.  Public records checks and past surveillance indicates that D.S. is associated with 1249 Sheridan Street, Camden.  Law enforcement believes that RAMOS was at JIMMY MERCADO's house obtaining the money he needed to buy the CDS.  As demonstrated below pertaining to February 24, 2014, law enforcement believes that RAMOS was waiting for a supply of heroin and cocaine.   RAMOS then called D.S. to arrange for a supply of CDS.  Based on this investigation, law enforcement believes that D.S. is a supplier of cocaine.

194.   Meanwhile, on February 24, 2014, CW4 had been directed by law enforcement to go to 1185 Sheridan Street to purchase fifteen grams of heroin from ANT RAMOS.  CW4 was searched with negative results, provided a recording device, and United States Currency.  CW4 was monitored throughout the process by physical surveillance and pole camera surveillance.

195.   At approximately 1:45 p.m., surveillance observed CW4 arriving in the vicinity of 1185 Sheridan Street.  Several males, including ROCKY DIAZ, were loitering out front.

196.   At approximately 1:54 p.m., ANT RAMOS called (347) 257-4278, a phone known to be utilized by AL RAMOS ("the AL RAMOS  Phone").  ANT RAMOS asked,

"what are we gonna do?" AL RAMOS replied, "I was waiting on you." ANT RAMOS asked, "You talk to her to get the key, or are we gonna have to drive out there?" AL RAMOS replied, "I thought we were just gonna do what we talked about in the car." This conversation was obviously guarded in nature. Law enforcement believes that ANT RAMOS had expected AL RAMOS to obtain a key to a room or apartment in preparation for breaking down the expected supply of CDS (heroin and/or cocaine[34]).

197.   At approximately 2:30 p.m., WASHINGTON called ANT RAMOS and asked, "You ready?" RAMOS replied, "Not yet. Like 3. You, you need to be here like 3, 3:30" and "I'm gonna call you as soon as I got it."

198.   At approximately 2:45 p.m., about one hour after CW4 first arrived at 1185 Sheridan Street (it should be noted that CW4 was under the constant surveillance of the 1185 Sheridan Street pole camera), a white GMC SUV ("the GMC SUV") was observed pulling up Sheridan Street and parking in front of 1185 Sheridan Street. D.S. (driver), JIMMY MERCADO, and ANT RAMOS were observed exiting the vehicle. ANT RAMOS walked up to CW4. At 2:54 p.m., ANT RAMOS, D.S., and JIMMY MERCADO were observed exiting from 1185 Sheridan Street, driving in the GMC SUV to 1350 Sheridan Street and entering 1350 Sheridan Street. Approximately three minutes later, the GMC

---

34   As discussed below in this Affidavit, the RAMOS DTO used different locations to break down heroin or cook powder cocaine into crack cocaine. For example, intercepted calls and GPS data indicate that on March 1, 2014, ANT RAMOS, JIMMY MERCADO and AL RAMOS were at the apartment of N.H., at 7721 Broad Street, Pennsauken, preparing crack cocaine. In addition, on March 3, 2014, law enforcement observed ANT RAMOS, MERCADO and AL RAMOS leaving the apartment building at 7721 Broad Street, Pennsauken. Moreover, as discussed below, on March 4, 2014, ANT RAMOS and then R.H. were at the Inn of the Dove. Law enforcement believes that on these occasions they were in N.H.'s residence or at the Inn of the Dove to break down heroin and/or cook cocaine.

SUV was observed parking in front of 1350 Sheridan Street. The three occupants exited the GMC SUV and entered 1350 Sheridan Street. At approximately 3:25 p.m., ANT RAMOS called CW4 and asked, "Where you at?" CW4 replied, "I'm on base." Law enforcement is aware that those involved in the Sheridan Street DTO refer to the drug set at 1185 Sheridan Street as "base."

199.    At approximately 3:37 p.m., WASHINGTON called ANT RAMOS and asked where he was. RAMOS said, "I'm getting ready to meet baby boy at 4 o'clock, though." WASHINGTON replied, "I'm just saying, you could grab it now, so I ain't even gotta, you feel me, I could just come somewhere else," then told ANT RAMOS he could meet him. RAMOS told WASHINGTON to "Come to the store at Norris and Sheridan." At this time, RAMOS, D.S., and JIMMY MERCADO were inside 1350 Sheridan Street. Law enforcement believes that RAMOS was waiting to obtain a supply of CDS from "baby boy at 4 o'clock," and that they were planning to bring the supply of CDS to 1350 Sheridan Street to break it down into smaller quantities and/or cook and redistribute.

200.    At approximately 3:40 p.m., ANT RAMOS exited 1350 Sheridan Street, entered the driver's seat of the GMC SUV and pulled off. At 3:42 p.m., the GMC SUV parked in front of 1185 Sheridan Street, CW4 entered the GMC SUV and the vehicle pulled off. At approximately 3:44 p.m., law enforcement intercepted a call from ANT RAMOS to cellular telephone facility number (702) 426-7888, known to be utilized by WASHINGTON ("the WASHINGTON Phone"). Before the call connected, RAMOS and CW4 can be heard talking in the background. RAMOS said, "this will die down, you feel me, ain't nobody, well, E got hit, but...," at which point a male, subsequently identified

123

as WASHINGTON, answered RAMOS' call. RAMOS asked, "What car you in?" WASHINGTON replied, "Why, I'm in the truck." RAMOS asked, "The black truck? Alright, I'm right behind you." At 3:46 p.m., the GMC SUV was observed turning onto Sheridan Street from Pershing Street and parking near Norris Street (next block up). WASHINGTON then entered the GMC SUV that RAMOS was driving with CW4 as the front passenger.

201. At approximately 4:00 p.m., the GMC SUV was observed pulling up Sheridan Street and parking in front of 1350 Sheridan Street. ANT RAMOS exited the GMC SUV and entered 1350 Sheridan Street. CW4 was monitored from the Ferry Avenue train station to the pre-designated meeting location. Law enforcement met with CW4 and recovered a plastic bag containing a brownish chunky powder of suspected heroin, and the recording device, which was then de-activated. Law enforcement subsequently field-tested the substance, which reacted positive, indicating the presence of heroin. CW4 advised that when CW4 first arrived at 1185 Sheridan Street, there were several individuals present, including ROCKY DIAZ and SETZER. ROCKY DIAZ said that they were all waiting for ANT RAMOS, who was supposed to be bringing a supply of heroin. RAMOS, D.S., and JIMMY MERCADO eventually pulled up in a white SUV. CW4 asked RAMOS for a cheaper price for fifteen grams of heroin. RAMOS agreed to sell it for $80 per gram or $1200 total and said he had to get it. CW4 gave $1200 to RAMOS, who then pulled off, and returned a few minutes later. CW4 got in the vehicle. RAMOS, the lone occupant, handed CW4 the fifteen grams of heroin. RAMOS said he had to meet "BURGER." CW4 previously identified a photograph of

WASHINGTON as the individual known as "BURGER" and "BG."   RAMOS parked on Sheridan near Norris Street and called WASHINGTON.   WASHINGTON was already there.   He came out of a black SUV that was parked nearby and sat in the rear passenger seat of RAMOS' SUV.   WASHINGTON gave a wad of money to RAMOS. CW4 assumed it was for CDS that RAMOS had fronted him.   CW4 advised that RAMOS regularly supplies WASHINGTON with CDS.   WASHINGTON and RAMOS discussed the recent shooting.[35]   WASHINGTON believed that ROCKY DIAZ and ERIC RIVERA were upset with him for not shooting at the people they were feuding with that night.   RAMOS said he understood why WASHINGTON did not shoot, because WASHINGTON's brother was present with the other side.   WASHINGTON said that he was not coming around 1185 Sheridan Street because he had a warrant, and not because of the mistrust from the incident.   After WASHINGTON exited the vehicle, RAMOS drove CW4 to the Ferry Avenue train station.   A review of the recording corroborated CW4's account.

202.   At approximately 4:28 p.m., the 1300 Sheridan Street pole camera captured a large-framed male, believed to be D.S., exiting from 1350 Sheridan Street and walking to the GMC SUV, entering the driver's seat, and pulling off.   At approximately 6:12 p.m., cellular telephone facility number (856) 655-5956, a number

---

35   Based on CW4's information and the review of the recording, law enforcement believes that WASHINGTON and RAMOS were referring to the shooting incident on February 16, 2014, referenced above, that resulted in the police recovery of the suspected heroin and money from 1350 Sheridan Street.

known to be utilized by ERIC RIVERA ("the ERIC RIVERA Phone"), sent the ANT RAMOS Phone the text, "Wer u go cuz u gd".

203.    At approximately 6:24 p.m., RAYMOND ROLDAN called ANT RAMOS. ROLDAN asked, "Fat Boy, he alright?" ANT RAMOS replied no and asked, "You gonna see what's up with Paluc?" ROLDAN replied, "Yeah, I was gonna see with this nigga first, uh, Louie." RAMOS then asked, "I was just seeing if you was maybe coming outside you could take me down the street?" ROLDAN replied, "Yeah, I'll take you. Come on." At approximately 6:25 p.m., the GMC SUV was captured by the pole camera parking across from 1350 Sheridan Street. A large-framed male, believed to be D.S., exited the driver's seat and entered 1350 Sheridan Street. At approximately 6:26 p.m., a figure, believed to be ROLDAN, exited from 1355 Sheridan Street and walked across to 1350 Sheridan Street. Also, at approximately 6:26 p.m., the ANT RAMOS Phone sent a reply to the earlier text from the ERIC RIVERA Phone, "Yea I went to grab that on ma way." Approximately two minutes later, ROLDAN and RAMOS exited 1350 Sheridan Street, entered the ROLDAN Durango and pulled off. At approximately 6:29 p.m., the ROLDAN Durango was captured by the 1185 Sheridan Street pole camera pulling up to 1185 Sheridan Street. RAMOS got out of the passenger seat, went into 1185 Sheridan Street, and then came back out about one minute later. RAMOS re-entered the passenger seat, and the ROLDAN Durango pulled off. At approximately 6:33 p.m., the 1300 Sheridan Street pole camera captured the ROLDAN Durango driving up Sheridan Street and parking in front of 1355 Sheridan Street. The passenger, believed to be RAMOS, exited the vehicle and entered 1350 Sheridan

Street.  The driver, believed to be ROLDAN, exited the driver's seat and entered 1355 Sheridan Street.

204.   At approximately 7:47 p.m., the WASHINGTON Phone sent the ANT RAMOS Phone the text "Did u ever get up wit old boy?"  The ANT RAMOS phone replied, "Yea where u at?"  At approximately 7:50 p.m., WASHINGTON called RAMOS and told him that he was at his "sister's crib" and that he had no car.  At approximately 7:52 p.m., three individuals exited from 1350 Sheridan Street.   One of the individuals, a large-framed male believed to be D.S., entered the driver's seat of the GMC SUV.   The second individual, believed to be RAMOS based on the physical size and distinct jacket, entered the front passenger seat.  The third unknown individual entered the rear passenger seat.   At approximately 8:02 p.m., RAMOS called WASHINGTON. WASHINGTON asked, "What car you in?"  RAMOS replied, "I'm in the rental." WASHINGTON asked, "What side you came through," and "you come through the side where the train tracks at?"  RAMOS replied, "Yeah, River Road."  WASHINGTON directed RAMOS to, "make a left right in here and come back, and I should see you...." Based on these details, law enforcement believes that RAMOS was in East Camden, on River Road, near the train tracks that run on the outskirts of the Ablett Village housing complex.  The GPS data for the ANT RAMOS Phone corroborates this conclusion.

205.   In summary, law enforcement believes that ANT RAMOS was trying to get a supply of both heroin and cocaine.  Law enforcement bases the conclusion that the RAMOS DTO was trying to obtain cocaine on RAMOS' communications with D.S., a known cocaine supplier.  It appears that D.S. did not have a supply of cocaine as

evidenced by the 6:24 p.m. conversation between ROLDAN and RAMOS.  ROLDAN

asked if "…Fat Boy, he alright?" and RAMOS said no.  They then discussed "PALUC"

and "LOUIE" believed to be references to RAMON DIAZ (PALUCO) and LUIS DIAZ

(LOUIE).  Law enforcement believes that this investigation has shown that ROLDAN,

D.S., RAMON DIAZ and LUIS DIAZ are affiliated with the distribution of cocaine, as

opposed to heroin.  It is apparent to law enforcement that at some point in the

afternoon, a supply of heroin was received.   Law enforcement bases this conclusion on

several factors. For example, CW4 advised that while CW4 was at 1185 Sheridan

Street, ROCKY DIAZ said that they were waiting for ANT RAMOS to deliver a supply of

heroin.  Furthermore, ERIC RIVERA sent ANT RAMOS the text, "Wer u go cuz u gd,"

which law enforcement interpreted as meaning that ERIC RIVERA was asking if ANT

RAMOS had received his supply of heroin.  RAMOS later sent RIVERA the reply, "Yea I

went to grab that on ma way."  RAMOS then had ROLDAN drive him from 1350

Sheridan Street to 1185 Sheridan Street.  Law enforcement believes that RAMOS went

inside and retrieved the heroin that had been delivered by an unknown supplier,

possibly "baby boy," at some point earlier in the day.   It should be noted that there was

the typical amount of busy pedestrian and vehicle activity, to include people going in

and out of 1185 Sheridan Street, captured on the 1185 Sheridan Street pole camera

throughout this day.   ROLDAN then drove RAMOS back to 1350 Sheridan Street.

RAMOS then delivered an unknown amount of CDS, most likely heroin, to

WASHINGTON, who was in Ablett Village at the time.

128

**Events of February 28, 2014**:

206.   As previously described, on February 28, 2014, at approximately 4:19

p.m., RAYMOND ROLDAN called ANT RAMOS.  They talked about "C.T." turning

himself in.  RAMOS said, "I seen ART, and shit, I'm like, yo, you got the people.  He

like, 'yeah, but I don't got their number'."  ROLDAN then asked, "What's up with Fat

Boy?"  RAMOS said nothing was.  The investigation has revealed that C.T. is believed

to be a source of supply to ROLDAN, according to law enforcement sources.

Additionally, as previously described, C.T.  self-surrendered on an outstanding warrant

on February 28, 2014.   "ART" is an individual known to law enforcement and known to

be criminally associated with C.T.  Law enforcement believes that RAMOS and

ROLDAN were looking for a source of supply and that D.S. had none available.

207.   At approximately 6:54 p.m., the GPS tracker on the RIVERA Chrysler 300

indicated that the RIVERA Chrysler 300 was stationary at the intersection of East

Letterly and Jasper Streets in Philadelphia. As previously discussed in this Affidavit,

this is where FALU meets EFRAIM RIVERA to supply him with powder cocaine.

208.   At approximately 7:03 p.m., J.M. called ANT RAMOS.  J.M. said, "My boy

said what's up?" and are "you going around there to his mom's?" and referred to

EFRAIM RIVERA as "E."  RAMOS said, no, that he was going to see RAY.   At

approximately 7:08 p.m., ANT RAMOS called RAYMOND ROLDAN.  RAMOS asked,

"you do that?"  ROLDAN replied, "this guy, he chasing me down in like ten minutes,

fifteen minutes."  RAMOS asked, "Who?"  ROLDAN replied, "E".  RAMOS said, "Oh,

you didn't see him yet?" ROLDAN replied, "Nah" and asked, "What you want me to do, just grab that one for now?" RAMOS replied, "Alright, well just grab the one, and then if he's going to be around, then if it's straight, we'll just keep calling him." Law enforcement believes that RAMOS and ROLDAN were trying to obtain a supply of cocaine because C.T. was locked up and D.S. did not have any. It was readily apparent that ROLDAN had made arrangements with RIVERA for the cocaine. It is law enforcement's opinion that J.M. was assisting RIVERA in supplying RAMOS and ROLDAN.

209.   At approximately 7:09 p.m., RAMOS received a call from cellular telephone facility number (717) 450-0044, known to be utilized by R.H. ("the R.H. Phone"). R.H. asked, "Shit, I was trying to see what's up." RAMOS said, "I'm on that now." Law enforcement believes that R.H. wanted to obtain a supply of cocaine from RAMOS, who was already waiting for RIVERA and ROLDAN.

210.   At approximately 8:35 p.m., AL RAMOS called ANT RAMOS. AL RAMOS said he was at 1350 Sheridan Street and told ANT RAMOS to "come grab me." At approximately 9:18 p.m., ROLDAN called ANT RAMOS, who told ROLDAN that he was at 1185 Sheridan Street. At approximately 9:19 p.m., the 1300 Sheridan Street pole camera captured a male believed to be ROLDAN exiting from 1355 Sheridan Street and entering the RAYMOND ROLDAN Durango. The RAYMOND ROLDAN Durango departed and drove down Sheridan Street. The 1185 Sheridan Street pole camera captured the RAYMOND ROLDAN Durango parking in front of 1185 Sheridan Street. A few minutes later, a figure entered the passenger side of the RAYMOND ROLDAN

Durango and the vehicle departed.  At approximately 9:25 p.m., the RAYMOND
ROLDAN Durango pulled up and parked in front of 1350 Sheridan Street.  It appeared
that both occupants, believed to be RAMOS and ROLDAN, entered 1350 Sheridan
Street.

211.    At approximately 9:33 p.m., RAMOS called (856) 986-0598, a phone
known to be utilized by JIMMY MERCADO ("the JIMMY MERCADO Phone").
MERCADO asked, "Where you at?"   RAMOS replied, "I'm doing something with cuz-o
right fast" and then said "let me call you as soon as I get done."  At approximately 10:00
p.m., two males, believed to be RAMOS and ROLDAN, entered the RAYMOND
ROLDAN Durango and pulled away.

212.    At approximately 10:03 p.m., the Liberty Street pole camera captured the
RAYMOND ROLDAN Durango driving up Liberty Street and parking in front of 1225
Liberty Street.  At approximately 10:17 p.m., the RIVERA Chrysler 300 drove up Liberty
Street and parked across the street from the RAYMOND ROLDAN Durango.   RIVERA
was captured crossing the street and going up to the driver's window of the RAYMOND
ROLDAN Durango.  After a minute, RIVERA stepped away and the RAYMOND
ROLDAN Durango pulled off.  At approximately 10:22 p.m., the RAYMOND ROLDAN
Durango was captured by the 1300 Sheridan Street pole camera returning and parking
in front of 1355 Sheridan Street.

213.    At approximately 10:31 p.m., ANT RAMOS called JIMMY MERCADO.
MERCADO asked, "Where you at?"  RAMOS replied, "I just dropped AL off...at his, at

131

Nihema house." MERCADO asked, "So now, what, what we gonna do. We getting up early tomorrow?" RAMOS replied, "Yeah, we're going to have to."

214. Law enforcement believes that ROLDAN picked up RAMOS and the two met with RIVERA at 1225 Liberty Street, where RIVERA supplied them with cocaine. ANT RAMOS then dropped AL RAMOS off at 7721 Broad Street, Apartment D, Pennsauken. ANT RAMOS then called MERCADO to make plans for returning to Pennsauken the next morning to break down the cocaine and cook it. Law enforcement learned from a reliable confidential informant[36] that the Sheridan Street DTO has been nervous about the law enforcement scrutiny ever since the police found the heroin at 1350 Sheridan Street after the previously described shooting investigation on February 16, 2014. Therefore, ANT RAMOS has been cooking and bagging cocaine at different locations in an attempt to avoid law enforcement detection.

## Events of March 1, 2014, including controlled purchase:

215. On March 1, 2014 at approximately 10:55 a.m., JIMMY MERCADO called ANT RAMOS. MERCADO said, "Ni on her way out here." RAMOS said he was at 1350 Sheridan Street. MERCADO asked, "You, um, you didn't grab none of the stuff, right?" RAMOS said, "Yeah, yeah." At approximately 11:30 a.m., R.H. called RAMOS. RAMOS asked, "Where you at? Come see me." R.H. asked, "Where you at?" RAMOS said, "I'm out Pennsauken." R.H. asked, "You're at Pennsauken?" RAMOS said, "You

---

36      This confidential informant started cooperating with law enforcement in February, 2014. The CI's information has been corroborated by other law enforcement sources and deemed accurate.

know where I'm at out Pennsauken. With AL."[37]  This was a guarded reference to the location of RAMOS and "AL." Law enforcement believes that the fact that RAMOS was so guarded about his location corroborates the conclusion that RAMOS and the others were engaged in illicit activity at the time. Furthermore, based on the above sequence of events, law enforcement believes that ANT RAMOS, AL RAMOS and MERCADO were at N.H.'s apartment engaged in cooking and bagging the cocaine that RIVERA supplied.

216.    At approximately 1:31 p.m., ANTHONY ESPRIT called RAYMOND ROLDAN and asked, "What's good?" ROLDAN said, "Give me like fifteen minutes. I'll call you when I get home." At approximately 2:04 p.m., an unknown male ("UM3") utilizing telephone facility number (856) 655-3222 called ESPRIT. UM3 asked, "You around, bro?" ESPRIT replied, "Yeah, I'm ready to be around in like five, ten minutes." UM3 said, "Alright, come around my way. I need, I need a seven, but, uh, my brother gonna be there waiting for you, alright?"

217.    Meanwhile, as previously stated, on March 1, 2014, CW4 was directed to go to 1185 Sheridan Street to purchase fifteen grams of heroin from ANT RAMOS and a half-ounce of crack cocaine from ESPRIT. CW4 was monitored throughout the process by physical surveillance and pole camera surveillance.

218.    At approximately 2:12 p.m., ESPRIT returned a missed call to ROLDAN. ROLDAN asked, "What's wrong with your phone, I've been calling for like the last five,

---

37      In an earlier call, MERCADO told RAMOS he had to drop his daughter off and RAMOS said that "Ni" (believed to be N.H.) could pick him (MERCADO) up. Law enforcement believes that RAMOS drove out to the Pennsauken apartment with the "stuff" needed to cook the powder cocaine.

ten minutes" and "come along."   ESPRIT said he was "coming there right now."   At

approximately 2:18 p.m., surveillance observed CW4 arriving in the vicinity of 1185

Sheridan Street.   There were several individuals loitering in front.

219.   At approximately 2:47 p.m., CW4 called ANT RAMOS, which was

intercepted.   CW4 told RAMOS that he was "in the hood."   RAMOS said, "Alright, you

gotta give me a little bit.   I'm out Pennsauken right now."   At the time of this call, CW4

was waiting for ANT RAMOS, along with CHRIS SETZER, ROCKY DIAZ and GIO

RAMOS, at 1185 Sheridan Street.   Law enforcement believes that SETZER, DIAZ and

GIO RAMOS  were waiting for the crack cocaine that ANT RAMOS, AL RAMOS , and

JIMMY MERCADO were cooking, so that they could sell the crack at the 1185 Sheridan

Street drug set.

220.   At 2:54 p.m., ANT RAMOS called MERCADO and asked, "What's up, yo,

you all straight?"  A male voice in the background believed to be AL RAMOS  yelled

back as MERCADO laughed, "No, man, come on.  We ain't nowhere near done."  ANT

RAMOS said, "I'm on my way right now, motherfucker, I was just calling, like, you all

need nothing."[38]

---

[38]      Per court authorization, periodic GPS data was collected on the ANT RAMOS Phone.  According
to the GPS phone data collected, the ANT RAMOS Phone traveled from Camden to the vicinity of 7721
Broad Street, Pennsauken, sometime between 11:13 a.m. and 11:34 a.m.; then back to Camden
sometime between 12:16 p.m. and 12:37 p.m.; then back to 7721 Broad Street, Pennsauken, sometime
between 2:44 p.m. and 3:05 p.m.; and finally back to Camden sometime between 5:34 p.m. and 5:54 p.m.

221.   At approximately 3:00 p.m., UM3 called ESPRIT and asked, "Yo, bro, you still coming?" ESPRIT told UM3 to have his brother "tell him come meet me at the corner right now."

222.   At approximately 3:06 p.m., ESPRIT returned a call to another unknown male ("UM4") utilizing cellular telephone facility number (856) 993-1996. UM4 said that he was "just seeing what's up with you (ESPRIT)." ESPRIT said, "Yeah, yeah, yeah, that's what I'm saying, I only got one left." Then ESPRIT said, "I just got on base and the whole thing went." At approximately 3:14 p.m., CW4 and SETZER met with ESPRIT at the corner of Louis and Sheridan Streets.

223.   At approximately 3:27 p.m., ESPRIT called DAISY ROLDAN and asked, "Where you at, mom?" DAISY ROLDAN replied that she was at Walmart. ESPRIT said, "At Walmart? Alright, I got some money for you." Law enforcement believes that ESPRIT called his mother to arrange to give her the money he made from selling the crack cocaine to CW4, SETZER, and the others who were at "base." DAISY ROLDAN most likely then brought the money to RAYMOND ROLDAN.

224.   At 3:38 p.m., law enforcement observed ESPRIT exit 1355 Sheridan Street and enter the ESPRIT truck (green Ford Ranger pick-up truck). At 3:53 p.m., CW4 walked out of view of the 1185 Sheridan Street pole camera.

225.   At approximately 3:57 p.m., ESPRIT returned a call to UM3. ESPRIT asked, "Yo, what's good?" UM3 said, "I need, ah, 28." Law enforcement believes that "28" refers to 28 grams or one ounce.

135

226.    At 3:58 p.m., the ESPRIT truck was observed by the pole camera turning onto Sheridan Street from Louis Street and continuing on to Mount Ephraim Avenue. At 4:00 p.m. the ESPRIT truck parked in front of 1355 Sheridan Street.

227.    At approximately 4:10 p.m., ESPRIT called DAISY ROLDAN.  Prior to the phone connection, ESPRIT can be heard talking to someone.  ESPRIT said, "call my mom (unintelligible) so she come, 'cause I had to take the strap and the gun off."  At this point, the call connected.   ESPRIT asked, "Why you ain't stop?"  DAISY ROLDAN said, "I couldn't.  I was in a rush."  ESPRIT responded angrily, "What you mean you couldn't? You wasn't in a rush. I did so…I gave the car to what's his name, and you got me out here like this with all this shit on me."  DAISY ROLDAN replied, "Alright, I'm coming out."

228.    At approximately 4:11 p.m., ESPRIT called an unknown female ("UF1"). UF1 asked, "Why you sound mad?"  ESPRIT replied, "'cause, I just ah, I just gave the truck up. Then my mom gonna ride right past me knowing I got all this stuff from the car and she didn't act like she ain't even gonna stop."  UF1 asked, "Where you at?" ESPRIT said that he was on Sheridan Street and "I had to put it in my aunt's house.  I hate putting stuff in there.  It's too hot.  Put it in there then I got to claim all that shit, man!"  Law enforcement believes that ESPRIT is concerned that he had a gun and all this "shit on me."  Law enforcement believes that when referring to having the "shit on me," ESPRIT was referring to the "one" ounce of crack cocaine and/or the illicit proceeds from selling crack cocaine, which he had to stash inside 1185 Sheridan Street (the residence of DAISY ROLDAN's aunt) because it was "too hot," meaning too much

136

police scrutiny. ESPIRIT was also concerned that if the police searched his aunt's house, he would have to claim responsibility for whatever was found inside, including the gun which he possessed. In the experience of law enforcement, a firearm is a standard "tool of the trade" utilized to protect the DTO and its territory from being robbed or from rival drug dealers. This series of calls also shows that DAISY ROLDAN is an active member of the Sheridan Street DTO.

229. At approximately 4:17 p.m., the 1185 Sheridan Street pole camera captured ESPRIT walking over to a silver Pontiac Grand Prix parked in front of 1185 Sheridan Street and known to be utilized by ROCKY DIAZ. ESPRIT pulled a wad of money from his pocket and appeared to be counting the money, then it appeared that he made an exchange with the passenger of the Grand Prix, believed to be ROCKY DIAZ.

230. At 4:30 p.m., CW4 left the vicinity of 1185 Sheridan Street and was monitored as CW4 travelled back to the pre-designated meeting location.

231. At approximately 4:44 p.m., RAYMOND ROLDAN returned a call to ESPRIT and asked, "Why you just call me? I seen the missed call." ESPRIT responded, "Yeah, I seen'd you. I'm done." ROLDAN replied, "Oh, yeah? Alright then. Give me a couple of minutes." Law enforcement believes that ESPRIT told ROLDAN that he had finished selling all of the crack cocaine that ROLDAN had given him earlier.

232. Law enforcement met with CW4 and recovered two clear plastic bags, each containing an off-white chunky substance of suspected crack cocaine, and the recording device, which was then de-activated. Law enforcement subsequently field-

tested the substance, which reacted positive, indicating the presence of cocaine.  CW4 advised that when CW4 first arrived at 1185 Sheridan Street, there were several individuals present, including CHRIS SETZER, GIO RAMOS , ROCKY DIAZ, and others who were all waiting for ANT RAMOS.  RAMOS never showed up.  Eventually, ESPRIT came walking around the corner from Louis Street.  CW4 and SETZER met up with ESPRIT closer to Louis Street.  CW4 gave ESPRIT $500 for two quarter-ounce bags of crack cocaine.  ESPRIT also supplied SETZER with at least a half-ounce of cocaine. ESPRIT had several quarter-ounce bags with him at the time.  ESPRIT was picked up by RAYMOND ROLDAN in RAYMOND ROLDAN's Durango a little while later.  CW4 had called ANT RAMOS, who said he was coming.  CW4 eventually left from 1185 Sheridan Street after RAMOS failed to show up.  Law enforcement believes that ESPRIT met up with ROLDAN and was given a supply of crack cocaine.  ESPRIT then took the crack cocaine to 1185 Sheridan Street and sold it to CW4, SETZER, ROCKY DIAZ, and the others who were waiting for ANT RAMOS.  Law enforcement further believes that ESPRIT had a one-ounce quantity of crack cocaine left because he had sold the rest of the crack cocaine he received from ROLDAN when he got to "base" (1185 Sheridan Street).

233.    In summary, on February 28 and March 1, 2014, there were a string of calls between members of the Sheridan Street DTO that were indicative of the DTO looking for a supply of CDS.  On February 28, 2014, RIVERA went to Philadelphia and was supplied by FALU.  RIVERA returned and supplied some of his customers, as well

138

as ANT RAMOS and RAYMOND ROLDAN.  The next day (March 1, 2014), ANT

RAMOS broke down cooked his supply of cocaine with the help of AL RAMOS and

JIMMY MERCADO at 7721 Broad Street, Apartment D, Pennsauken.  This is the

address of N.H., mother of AL RAMOS 's child and brother of R.H.  Also on March 1,

2014, ROLDAN had ESPRIT distribute his crack cocaine at 1185 Sheridan Street.

ESPRIT then called DAISY ROLDAN to pick up the proceeds.

### March 4, 2014 controlled purchase:

234.    The March 4, 2014 controlled purchase as previously mentioned

progressed in similar fashion to the March 1, 2014 controlled purchase detailed above.

CW4 was directed to go to 1185 Sheridan Street to purchase fifteen grams of heroin

from ANT RAMOS and a half-ounce of crack cocaine from ESPRIT.   CW4 was

monitored throughout the process by physical surveillance and pole camera

surveillance.

235.    At approximately 2:09 p.m., CW4 arrived in the vicinity of 1185 Sheridan

Street.  Again, there were people loitering outside of 1185 Sheridan Street.  ESPRIT

and ANT RAMOS were not observed on the pole camera.   At approximately 2:19 p.m.,

a white Dodge Avenger known to be operated by DAISY ROLDAN ("the DAISY

ROLDAN Avenger") pulled up and DAISY ROLDAN and J.R. exited.   ESPRIT entered

the DAISY ROLDAN Avenger briefly, and then met with CW4.

236.    At 2:26 p.m., a black Dodge Charger with Kentucky registration 133-NYJ pulled up. This is a Hertz rental vehicle known to be operated by ANT RAMOS. ANT RAMOS, JIMMY MERCADO, and an adolescent female exited the Dodge Charger. ANT RAMOS and CW4 were observed meeting. At approximately 2:44 p.m., ESPRIT and RAYMOND ROLDAN departed in the RAYMOND ROLDAN Durango. At approximately 3:11 p.m., the RAYMOND ROLDAN Durango returned to 1185 Sheridan Street. ESPRIT exited the Durango and entered the DAISY ROLDAN Avenger. At approximately 3:13 p.m., the Charger returned and ANT RAMOS exited. At approximately 3:22 p.m., ANT RAMOS re-entered the driver's seat of the Charger. CW4 entered the passenger seat and the adolescent female entered the back seat. The Charger departed.

237.    At approximately 3:26 p.m., the Charger was captured pulling up to 1350 Sheridan Street. ANT RAMOS and the female exited the vehicle and entered 1350 Sheridan Street. At approximately 3:31 p.m., ANT RAMOS exited 1350 Sheridan Street and entered the Charger. The Charger departed. Law enforcement monitored the Charger to the Ferry Avenue train station, where CW4 exited and the Charger pulled off. CW4 was monitored as CW4 travelled to the pre-designated meeting location. Law enforcement met with CW4 and recovered two clear plastic bags, each containing an off-white chunky substance of suspected crack cocaine, a third clear plastic bag containing a brownish chunky powder of suspected heroin, and the recording device, which was then de-activated. Law enforcement subsequently field-tested the

140

substances, which reacted positive, indicating the presence of cocaine and heroin, respectively.    CW4 advised that ANT RAMOS was not present when CW4 first arrived in the vicinity of 1185 Sheridan Street.    ESPRIT was present.    ESPRIT said that he was waiting for his crack cocaine supply to arrive.    Shortly after that, DAISY ROLDAN and J.R. pulled up in the white Avenger.    ESPRIT entered the Avenger to retrieve his supply. ESPRIT then exchanged the half-ounce of crack for $500 with CW4.    CW4 tried to talk ESPRIT into lowering the price of the crack to $450, which ESPIRIT declined to do. Eventually ANT RAMOS arrived in a new Dodge Charger with JIMMY MERCADO and ANT RAMOS' younger sister.    RAMOS told CW4 he was also waiting for his heroin. RAMOS gave CW4 a break on the price from $1250 to $1200, which CW4 gave to RAMOS.    RAMOS said he would be right back and left.    He eventually returned.    CW4 and RAMOS' sister entered the Charger with RAMOS and they drove to RAMOS' mother's house (known to law enforcement as 1350 Sheridan Street).    RAMOS entered the house and came back out a few minutes later with the fifteen grams of heroin. RAMOS then drove CW4 to the Ferry Avenue train station.    A review of the recording corroborated CW4's account.    Law enforcement believes that DAISY ROLDAN delivered crack cocaine to ESPRIT, who sold it to CW4.

### April 11, 2014 controlled purchase:

238.    On April 11, 2014, CW3 was directed to contact the SETZER Phone and arrange to buy three bundles of heroin and half an ounce of crack cocaine.    There were a series of texts between CW3 and the SETZER Phone.    At approximately 2:33 p.m.,

141

CW3 sent the text to the SETZER Phone, "Hey it's T. I need the same thing I got last time but treat me like a better customer. Also can you get me a size 14 dressed?" At approximately 2:36 p.m., the SETZER Phone sent the text, "U want a half and three bundles right" and "raw or cookup." CW3 sent the reply, "cooked." At approximately 4:25 p.m., the SETZER Phone sent the text, "Just go to churches and ill direct you from there." SETZER also texted the price for the heroin and crack cocaine at $825. Law enforcement interpreted this string as CW3 asking for 14 grams of "dressed," or crack cocaine, and three bundles of heroin. SETZER replied that he would charge CW3 $825 for everything and then directed CW3 to go to the Church's Chicken, 1701 Mount Ephraim Avenue, Camden. CW3 was provided with an audio and video recording device, a digital scale, and $830 United States Currency. CW3's vehicle was monitored to the Church's Chicken parking lot, 1701 Mount Ephraim Avenue, Camden. Surveillance observed CW3's vehicle arrive at the Church's Chicken at approximately 4:52 p.m.

239.   At approximately 5:04 p.m., SETZER was observed walking across Mount Ephraim Avenue from the direction of Sheridan Street and entering CW3's vehicle's passenger door. CW3's vehicle was observed pulling off and parking on the opposite end of the restaurant parking lot. At approximately 5:07 p.m., SETZER was observed exiting CW3's vehicle and walking across Mount Ephraim Avenue in the direction of Sheridan Street. CW3's vehicle pulled out of the parking lot and was monitored to a pre-designated rendezvous location. Law enforcement recovered the recording device, which was then deactivated, the scale, and two clear plastic sandwich bags. One of the

142

sandwich bags contained a chunky, off-white substance, suspected to be crack cocaine. The other sandwich bag contained 23 loose, smaller, clear plastic ziplock bags, each containing a blue wax-like paper that contained brownish powder, suspected to be heroin. Each wax-like paper was stamped with the phrase "Head Banger." The suspected crack cocaine and suspected heroin each field-tested positive for the presence of cocaine and heroin, respectively.

240.   CW3 was debriefed and advised that SETZER entered the car and had CW3 move away from the drive-through window because he was nervous that the police could see into CW3's vehicle. SETZER handed over the two plastic bags and said that there were 36 bags of heroin. SETZER said that he had "E's" and "Mollies" for sale as well. A review of the recording corroborated CW3's account. "E's" is most likely a reference to Ecstasy, which is a synthetic drug that comes in pill form. "Mollies" are known to law enforcement as an Ecstasy pill that has been mixed with any variety of manufactured chemicals and sold in the open-air drug markets in powder or capsule form.

241.   Your affiant counted the alleged heroin bags and found that there were only 23 bags present. CW3 was directed to contact SETZER to complain about the shortage. At approximately 6:34 p.m., CW3 sent the SETZER Phone the text, "How you burn with the buddles it's only 23!!," and at 6:37 p.m. CW3 sent the text, "I could have been a good customer. It's cool though." At approximately 6:49 p.m., the SETZER Phone sent the text, "No I'm in Turnersville I got you my brother just told me," and then

at approximately 7:54 p.m., "I got u." It is law enforcement's experience that, although it does happen on occasion, a drug dealer will normally not intentionally "short" a steady customer, because it is bad for business. Law enforcement believes that SETZER sold a bag that he believed contained three bundles, or 36 bags, not realizing that his brother had taken some from the bag, probably for another customer. SETZER has several brothers who are known to law enforcement. At least two of these brothers, R.S. and H.S., are captured frequently on the 1185 Sheridan Street pole camera at the open-air drug set, loitering out front and believed to be engaging in hand-to-hand sales of CDS.

### April 16, 2014 controlled purchase:

242. On April 16, 2014, CW4 was directed to go to 1185 Sheridan Street to purchase five bundles of heroin from ROCKY DIAZ. CW4 was monitored throughout the process by physical surveillance and pole camera surveillance. At approximately 2:05 p.m., CW4 turned from Louis Street on to Sheridan Street and parked. There were a group of males loitering in the area, including ANT RAMOS and ROCKY DIAZ, who was wearing a two-tone, gray hooded sweatshirt. CW4 exited the CW4's vehicle and approached the group of males. A minute later, ESPRIT walked up to the group as well. At approximately 2:08 p.m., CW4 and ROCKY DIAZ were observed conversing apart from the group of males. After about a minute, DIAZ walked off out of view of the pole camera. CW4 remained on the sidewalk. At approximately 2:22 p.m., DIAZ was observed walking from across the street and up to CW4. CW4 and DIAZ then entered CW4's vehicle. At approximately 2:24 p.m., DIAZ exited CW4's vehicle and walked off.

144

CW4's vehicle departed and was monitored back to the pre-designated meeting location. DIAZ walked up Sheridan Street, in the direction of 1225 Sheridan Street and out of view of the pole camera. At approximately 2:29 p.m., DIAZ was captured walking back up Sheridan Street and to a silver Grand Prix with New Jersey registration U27-CXL, known to be utilized by DIAZ ("the DIAZ Grand Prix"), which was parked across from 1185 Sheridan Street and pulling off.

243. Law enforcement met with CW4 and recovered a clear plastic bag containing a chunky brown powder suspected to be heroin, $280 and the recording device, which was then de-activated. Law enforcement subsequently field-tested the substance, which reacted positive, indicating the presence of heroin. The bag was placed on a digital scale, which indicated that it weighed 2.5 grams.

244. CW4 advised that when CW4 first arrived, ANT RAMOS, ROCKY DIAZ, ESPRIT, and "B-TRILLS," were among a group of males loitering on Sheridan Street, near the corner of Louis Street. CW4 previously identified a photograph of B-TRILLS. CW4 advised that B-TRILLS is DIAZ' younger brother. CW4 advised that RAMOS pointed to ESPRIT because he thought that CW4 was looking for cocaine. CW4 advised RAMOS that CW4 did not want cocaine at this time, but wanted "B's," meaning bundles of heroin. CW4 pulled DIAZ aside and asked for five bundles of heroin. DIAZ said that he was out of bundles and only had about two to three grams of loose powder heroin left, which he offered to sell to CW4. DIAZ walked off to retrieve the heroin and returned a few minutes later. CW4 and DIAZ entered CW4's vehicle. CW4 gave DIAZ

$220 for about three grams of heroin.  While inside the vehicle, DIAZ told CW4 that this was the last of the heroin shipment that they stamped "JUICY," and that they now were selling the stamp "Head Banger."   A review of the recording corroborated CW4's account.

## SHERIDAN STREET DTO SUPPLIERS:
## D.S., LUIS DIAZ, EFRAIM RIVERA

### D.S., aka FROG, aka FAT BOY:

245.   As detailed herein, law enforcement believes that D.S. is one of ANT RAMOS' and RAYMOND ROLDAN's primary suppliers.  D.S. has been observed by physical and electronic surveillance on numerous occasions at 1185 and 1350 Sheridan Street, associating with RAMOS, ROLDAN, and several of the other members of the Sheridan Street DTO.    During the investigation, it was learned that D.S., aka "FROG," aka "FAT BOY," utilizes cellular telephone facility number (215) 681-6017 ("the D.S. Phone").  From February 21, 2014 through March 19, 2014, there were 27 contacts between the ANT RAMOS Phone and the D.S. Phone.  Law enforcement first identified D.S. meeting with RAMOS when, on January 19, 2014, at approximately 2:40 p.m., the 1300 Sheridan Street pole camera captured a white Ford Fusion with Louisiana registration N346386 pull up and park across from 1350 Sheridan Street.  A large, heavy-set black male, similar in physical stature to D.S., and believed by law enforcement to be D.S., exited the driver's door and entered 1350 Sheridan Street.   A

146

check of the Louisiana DMV revealed that N346386 is registered to a 2013 Ford Fusion rental vehicle owned by PV Holding, 6 Sylvan Way, Parsippany, New Jersey. A subpoena was served on PV Holding for the rental information. PV Holding advised that the vehicle was rented on January 13, 2014, to D.S., 1100 North 34th Street, Camden, with a DOB of March 22, 1981, and cellular telephone number (215) 681-6017.

246.   An NCIC records check revealed that D.S. has the following criminal history in the state of New Jersey:

> i.   Arrested on April 4, 2004, by the Camden City Police Department, and charged with possession of CDS; manufacturing and distributing CDS;  and CDS on school property.  D.S. was convicted of distribution of heroin/cocaine, a 3rd degree felony. On December 17, 2004, D.S. was sentenced to three years' probation.

247.   Law enforcement learned from reliable confidential sources that D.S. was supplying ANT RAMOS with cocaine.    Law enforcement analyzed the calls between D.S. and RAMOS.  They are all short in nature, cryptic, and there were no specific discussions about amounts.  However, when analyzing all of the available evidence, that is, intercepted calls between the co-conspirators (ANT RAMOS, D.S., RAYMOND ROLDAN, ESPRIT, EFRAIM RIVERA), and physical and pole camera surveillance, law enforcement believes that it is evident that D.S. supplies RAMOS and ROLDAN with cocaine.  D.S. met with RAMOS on at least five occasions and with ROLDAN on at least three occasions, based on pole camera surveillance and the content of the intercepted communications.  Although the amount is unknown, law enforcement

believes, based on the Sheridan Street Investigation that RAMOS and ROLDAN each typically receive in excess of 4.5 ounces of powder cocaine when being supplied. In total, law enforcement believes that D.S. supplied RAMOS in excess of 22.5 ounces of powder cocaine, and ROLDAN in excess of 13.5 ounces of powder cocaine.

248.    On March 10, 2014 at approximately 4:17 p.m., an unknown male caller ("UM5") utilizing telephone facility number (856) 246-7932 called ANT RAMOS. UM5 said, "Get me one of those from, from FROG…the fat guy." At approximately 4:17 p.m., RAMOS called D.S. and asked, "you around?" D.S. said, "I have to wait for my peoples real quick…I got you." Law enforcement believes that UM5 wanted at least an ounce of cocaine and asked RAMOS to call D.S. D.S. said he was waiting for his "peoples." Law enforcement interpreted to mean D.S. was out of cocaine and was waiting for his supplier.

249.    As described in more detail below, the events of January 19 and February 21, 2014 are two examples illustrating the illicit relationship between D.S. and the Sheridan Street DTO.

### Events of January 19, 2014:

250.    At approximately 12:40 p.m., ANT RAMOS called RAYMOND ROLDAN. ROLDAN asked, "You talk to him already?" RAMOS said, "just grab it up" and "I'll just give you the money. Alright?" At approximately 2:17 p.m., ESPRIT returned a call to ROLDAN. ROLDAN said, "No, I was calling you because I'm trying to get together because, um, FROG coming down. I want to be ready."

251.   At approximately 2:32 p.m., RAYMOND ROLDAN called DAISY ROLDAN and said, "Hey. You never gave me that yesterday." DAISY ROLDAN said, "I know it's in my coat." Law enforcement believes that DAISY ROLDAN had money she was supposed to give to RAYMOND ROLDAN. RAYMOND ROLDAN needed the money for the powder cocaine that D.S. was going to be bringing to 1350 Sheridan Street.

252.   As previously noted in this Affidavit, at approximately 2:40 p.m., D.S. arrived at 1350 Sheridan Street. At approximately 3:32 p.m., ROLDAN came home and saw D.S.' vehicle in front of RAMOS' residence, which prompted ROLDAN to call ESPRIT and DAISY ROLDAN.

253.   At approximately 3:34 p.m., ROLDAN called ESPRIT and asked, "Where you at, BOO?" ESPRIT said he was on Sheridan Street and that he was going to see "what's up with ROCK, to see if he, ah ready for me." ROLDAN said, "Just do what you gotta do and come see me." Law enforcement believes that ESPRIT first had to see if ROCKY DIAZ needed a resupply of crack cocaine. Almost immediately thereafter, RAYMOND ROLDAN called DAISY ROLDAN and asked in an impatient tone, "Can you just bring it to me real quick?"

254.   At approximately 3:42 p.m., a silver Nissan Altima parked on Sheridan Street. The Altima is registered to J.M. ESPRIT exited the Altima and started walking across the street towards 1355 Sheridan Street. At this time, the DAISY ROLDAN Avenger pulled up behind the Altima. ESPRIT changed direction and walked up to the driver's window of the Avenger. After about two minutes, ESPRIT walked across Sheridan Street and entered 1355 Sheridan Street as the DAISY ROLDAN Avenger

149

pulled off.  Law enforcement believes that DAISY ROLDAN gave ESPRIT the money that RAYMOND ROLDAN was looking for.

255.  At approximately 3:59 p.m., RAYMOND ROLDAN exited 1355 Sheridan Street and walked across the street into 1350 Sheridan Street.  At approximately 4:07 p.m., the Nissan Altima returned and parked on Sheridan Street.  ESPRIT exited the Altima's driver's door and entered 1350 Sheridan Street.  It should be noted that, according to the observations on the 1300 Sheridan Street pole camera, ANT RAMOS, D.S., RAYMOND ROLDAN, and ESPRIT were inside ANT RAMOS' residence at 1350 Sheridan Street.  At approximately 4:13 p.m., ESPRIT was observed exiting 1350 Sheridan Street and driving off in the Altima.

256.  At approximately 4:16 p.m., ESPRIT called RAYMOND ROLDAN and asked, "Yo, what you want, um, the um, a-mone, the um, the ammonia?"  ROLDAN responded, "The ammonia, the ammonia.  Just ammonia."  ESPRIT said, "Alright, alright.  I thought you wanted some sandwich bags."  It is known to law enforcement that ammonia is sometimes used to replace water when cooking powder cocaine into crack cocaine.  The ammonia will give allow the end product to produce a more potent high but will not produce the same quantity as when boiling the powder cocaine in water and baking soda.  ESPRIT thought ROLDAN needed "sandwich bags" as well.  Law enforcement knows from training and experience that sandwich bags are the normal mode of packaging cocaine in any quantity, both powder and crack.  During this investigation, law enforcement has conducted numerous controlled purchases, from

150

quarter-ounce quantities up to nine-ounce quantities. In most cases, the suspected cocaine was contained in plastic sandwich bags.

257. At approximately 4:18 p.m., the Nissan Altima returned. ESPRIT was observed exiting the Altima and entering 1350 Sheridan Street. He was carrying a light-colored object in his right hand. At 4:22 p.m., D.S. and an unknown male exited 1355 Sheridan Street and left.

258. In summary, ANT RAMOS and RAYMOND ROLDAN were waiting for D.S. to bring an unknown supply of powder cocaine, most likely in excess of nine ounces (an extremely conservative estimate). When D.S. eventually showed up with the supply of cocaine, ROLDAN called his two closest associates, DAISY ROLDAN and ESPRIT. DAISY ROLDAN brought him money for the cocaine, and ESPRIT brought ammonia to be used in the cooking process.

### Events of February 21, 2014:

259. At approximately 12:38 p.m., ANT RAMOS called D.S. RAMOS said that he was at his "grandmom's" (1185 Sheridan Street). Also at 12:38 p.m., the 1185 Sheridan Street camera captured RAMOS standing in front of 1185 Sheridan Street and talking on a cellular phone. At approximately 12:44 p.m., the ERIC RIVERA Phone, called RAMOS. RIVERA told RAMOS to "come to J.I. house." RAMOS said, "Alright, I'm walking down there."

260. At approximately 12:46 p.m., RAMOS and CHRIS SETZER were captured by pole camera surveillance walking down Sheridan Street, toward the 1200 block of Sheridan Street. At approximately 1:35 p.m., the 1185 Sheridan Street pole camera

151

captured a white GMC SUV drive up Sheridan Street and park in front of 1185 Sheridan Street. D.S. exited the driver's door and entered 1185 Sheridan Street.

261.   At approximately 1:37 p.m., D.S. called the ANT RAMOS Phone. The 1185 Sheridan Street pole camera captured D.S. talking on the phone at this time. RAMOS said, "I'm here at Jimmy house" and "I'm about to come there." At approximately 1:37 p.m., D.S. and RAYMOND ROLDAN walked out of 1185 Sheridan Street and drove to 1355 Sheridan Street. ROLDAN ran into 1355 Sheridan Street and exited a minute later.

262.   At approximately 1:40 p.m., the 1185 Sheridan Street pole camera captured RAMOS walking from the direction of JIMMY MERCADO' s house at 1225 Sheridan Street and up to 1185 Sheridan Street. At approximately 1:41 p.m., the GMC SUV pulled up to 1185 Sheridan Street. RAYMOND ROLDAN exited the passenger seat, and RAMOS entered the passenger seat. The GMC SUV then departed. At approximately 2:01 p.m., the DAISY ROLDAN Avenger was captured by pole camera surveillance driving up Sheridan Street and parking behind the RAYMOND ROLDAN Durango. ESPRIT exited the DAISY ROLDAN Avenger and entered 1185 Sheridan Street. RAYMOND ROLDAN was still inside 1185 Sheridan Street at the time. Law enforcement believes that D.S. supplied RAYMOND ROLDAN with CDS at 1185 Sheridan Street then drove ROLDAN to 1355 Sheridan Street to retrieve ROLDAN's money for the CDS. D.S. then met with RAMOS at 1185 Sheridan for the same purpose. Law enforcement believes that ROLDAN and ESPRIT met at 1185 Sheridan

152

Street to discuss the distribution of the CDS he expected to receive from D.S. later in the day.

263.   At approximately 2:47 p.m., the RAYMOND ROLDAN Phone#2 called ANT RAMOS and said, "I didn't know if you grabbed it to do it." RAMOS replied, "He, he, didn't have it. He had to go get it." ROLDAN then said, "Oh. Oh yeah, this guy got to, he got to talk to you too. Uh, PALUCO, too" and "I'll go around tia ("aunt" in Spanish) house. I'll let you know what he want what." Law enforcement believes that ROLDAN called RAMOS thinking that D.S. supplied RAMOS with the cocaine ROLDAN paid for earlier. ROLDAN also told RAMOS that RAMON DIAZ (PALUCO) also wanted a supply of cocaine. In summary, ROLDAN and RAMOS each gave money to D.S. expecting to get supplied cocaine for their DTOs; in addition, RAMON DIAZ wanted to be supplied cocaine as well.

264.   At approximately 4:48 p.m., ANT RAMOS returned a call from WASHINGTON. WASHINGTON asked, "Oh motherfucker, you around?" RAMOS said, "Not right now. I am in the middle of something. Yo, dude about to come through." WASHINGTON replied, "Alright, alright, so, what, you can grab them for me and I just bring it to you as soon as I leave the mall?" and "just grab it. I got the money on me and I'll just give to you when I, watcha call it." Law enforcement believes that WASHINGTON is another customer of the RAMOS DTO who wanted RAMOS to set aside an unspecified amount of CDS for him, and told RAMOS that he would give RAMOS the money when RAMOS supplied him. Law enforcement believes that when RAMOS refers to "dude about to come through" he is referring to the CDS supplier. It

should be noted that from approximately 4:46 p.m. until at least 5:30 p.m., the GPS data from the ANT RAMOS Phone indicates that RAMOS was at or near the apartment of RAMON DIAZ, aka PALUCO, on the 1100 block of Morton Street. Based on the earlier reference to "PALUCO," a nickname for DIAZ, law enforcement believes that RAMOS was inside DIAZ' apartment. Law enforcement has learned from reliable FBI informants that RAMOS and DIAZ use DIAZ' apartment to break down CDS and cook powder cocaine into crack cocaine. As discussed in later paragraphs of this Affidavit, this information is corroborated through surveillance and other intercepted communications. Law enforcement believes that D.S. finally delivered the supply of powder cocaine to RAMOS and that RAMOS was at DIAZ' apartment cooking the powder cocaine into crack cocaine for himself, DIAZ, and ROLDAN. This belief is corroborated by RAMOS telling WASHINGTON, "I'm in the middle of something."

## LUIS DIAZ, aka CANELO, aka MANUELO:

265. As detailed herein, law enforcement believes that LUIS DIAZ supplies the Sheridan Street DTO and the RIVERA DTO. According to law enforcement sources, LUIS DIAZ and RAMON DIAZ are related. "CANELO" was referred to numerous times by RAYMOND ROLDAN, EFRAIM RIVERA, DAISY ROLDAN, ANT RAMOS and ESPRIT during intercepted communications. As mentioned previously, law enforcement learned during a call between RAYMOND ROLDAN and DAISY ROLDAN that LUIS DIAZ' cellular phone number is (856) 575-7140. Call detail records were obtained for the DAISY ROLDAN Phone. Analysis corroborated law enforcement's

154

belief that on at least two occasions (detailed above), DAISY ROLDAN arranged

meetings between LUIS DIAZ and RAYMOND ROLDAN. DIAZ was also identified

early in the RIVERA DTO investigation when he met with RIVERA at 1225 Liberty

Street on August 29, 2013. Law enforcement believes that DIAZ supplied RIVERA with

at least nine ounces of powder cocaine that RIVERA in turn supplied to FBI

cooperators.

266. An NCIC records check revealed that LUIS DIAZ has the following

criminal history in the state of New Jersey:

> i. Arrested on February 9, 1990, by the Camden City Police
> Department and charged with a drug offense. DIAZ was
> convicted of felony cocaine distribution. On July 6, 1990, Diaz
> was sentenced to five years' confinement.

> ii. Arrested on February 10, 1990, by the Camden City Police
> Department and charged with a drug offense. DIAZ was
> convicted of felony cocaine distribution. On July 6, 1990, Diaz
> was sentenced in the aggregate to five years' confinement.

> iii. Arrested on August 6, 1993, by the Camden City Police
> Department and charged with death by auto; aggravated assault;
> kidnap for crime or flight; and criminal attempted murder. Diaz
> was convicted of 1st degree manslaughter; 2nd degree aggravated
> assault; and 1st degree kidnap for crime or flight. On February 21,
> 1997, DIAZ was sentenced to thirty years' confinement and was
> parole ineligible for ten years.

267. The events of March 20, 2014, provide an example of LUIS DIAZ'

participation in the Sheridan Street DTO:

**Events of March 20, 2014**:

268.   On March 20, 2014 at approximately 9:06 a.m., ESPRIT called DAISY ROLDAN and said, "I want you to see what's up with tio ("uncle" in Spanish)" and "I just called, ah, CANELO and he's like call his peoples up so I could bust that move," to which DAISY ROLDAN responded "Alright."   At approximately 11:47 a.m., ESPRIT called RAYMOND ROLDAN and said, "I talked to CANELO," and "I talked to him about the same situation" and "You gonna come over here?" ROLDAN replied, "No, you got to ask him if it's the same people I don't want to deal with."

269.   At approximately 11:49 a.m., ESPRIT called RAYMOND ROLDAN back and said, "Yo, he said no, it's different, it's different people. It's the nigga with the braids" and said, "I seen it. It's alright. It looked good, but you know, you would know," and "CANELO wanna meet us."   ROLDAN said "Alright."   Law enforcement believes that ESPRIT called DAISY ROLDAN, told her that "CANELO" had cocaine, but that ESPRIT could not reach RAYMOND ROLDAN.   After ESPRIT did not hear back from DAISY ROLDAN, he called RAYMOND ROLDAN again in order to set up a CDS transaction with LUIS DIAZ, aka CANELO.   Initially, RAYMOND ROLDAN did not want to deal with DIAZ because of a bad batch of cocaine DIAZ recently supplied him.   ESPRIT then confirmed that the new batch of cocaine was from a different supplier, a man with "braids."

270.   At approximately 11:59 p.m., the 1300 Sheridan Street pole camera captured RAYMOND ROLDAN exiting 1355 Sheridan Street and driving off in the

156

RAYMOND ROLDAN Durango.  The 1185 Sheridan Street pole camera captured the RAYMOND ROLDAN Durango pulling up and parking.  ANT RAMOS came from the vicinity of 1185 Sheridan Street and entered the RAYMOND ROLDAN Durango, which then turned north on Mount Ephraim (towards Morton Street).  At approximately 12:02 p.m., law enforcement surveillance observed ESPRIT and RAMON DIAZ talking outside at the corner of Mount Ephraim Ave and Morton Street, in the vicinity of RAMON DIAZ' residence.  At approximately 12:05 p.m., law enforcement observed ESPRIT, RAMON DIAZ and an Unknown Male ("UM6") next to the RAYMOND ROLDAN Durango, who appeared to be conversing with the occupants (ROLDAN and RAMOS).  Surveillance teams were unable to obtain a clear enough look at UM6 in order to positively identify him, but based on his small physical stature and on the content of the above-detailed communications, UM6 is believed to be LUIS DIAZ.

271.   At approximately 12:07 p.m., RAYMOND ROLDAN and ANT RAMOS exited the Durango and accompanied ESPRIT, RAMON DIAZ and UM6 into a rear apartment, which has an address of 1550 Mount Ephraim Avenue and is referred to by members of the Sheridan Street DTO as "PALUCO's house."   As previously stated, this investigation has revealed that RAMON DIAZ goes by the nickname "PALUCO."  Law enforcement observed that the door to the apartment was facing east and was surrounded by a fence.  Additionally, a surveillance camera was mounted above the doorway. A green Toyota Camry, believed to be RAMON DIAZ' vehicle, was also observed outside of the residence.

272.   At approximately 12:39 p.m., law enforcement observed ESPRIT exit RAMON DIAZ' residence and enter a Green Buick, New Jersey Registration M41-DYA, known to be operated by ESPRIT ("the ESPRIT Buick"), and depart the area.  At approximately 12:41 p.m., law enforcement observed ANT RAMOS, RAYMOND ROLDAN and RAMON DIAZ exit from RAMON DIAZ' apartment.  RAMON DIAZ walked over to the back of the corner store across the street from his apartment.  LUIS DIAZ' beige Acura was later observed by surveillance parked in a lot behind the store. RAMON DIAZ then walked back to ROLDAN's Durango and reached into the back trunk area.  At approximately 12:44 p.m., ROLDAN and RAMOS departed in the RAYMOND ROLDAN Durango, and RAMON DIAZ returned to his residence.  Law enforcement believes that LUIS DIAZ, aka CANELO, supplied ROLDAN, RAMOS, and RAMON DIAZ, aka PALUCO, with cocaine inside of RAMON DIAZ' apartment.  Based on previous occasions where it was evident that RAMON DIAZ' apartment was being used as a location in which to break down cocaine, it is believed that the supply from LUIS DIAZ was divided up inside the apartment at 1550 Mount Ephraim Avenue.

273.   At approximately 12:45 p.m., the 1185 Sheridan Street pole camera captured the RAYMOND ROLDAN Durango pulling up to 1185 Sheridan Street.  ANT RAMOS then exited the passenger side of the vehicle and entered 1185 Sheridan Street.  The RAYMOND ROLDAN Durango then drove off and turned right (north on Mount Ephraim Avenue).  The data from the GPS tracker on the RAYMOND ROLDAN Durango indicated that ROLDAN returned to 1550 Mount Ephraim Avenue.  Law

enforcement believes that ROLDAN drove RAMOS back to 1185 Sheridan Street to bring back cocaine that he had just received from LUIS DIAZ, aka CANELO.

274.    At approximately 12:58 p.m., the 1185 Sheridan Street pole camera captured the RAYMOND ROLDAN Durango parked across from 1185 Sheridan Street. RAYMOND ROLDAN walked up to ESPRIT and ANT RAMOS, who were loitering in front. At approximately 1:08 p.m., ROLDAN returned to his Durango and left. He was captured by the 1300 Sheridan Street pole camera a minute later pulling up to 1355 Sheridan Street and entering.

### EFRAIM RIVERA, aka E:

275.    As described in more detail herein, RAYMOND ROLDAN supplies EFRAIM RIVERA with crack cocaine, and RIVERA sometimes supplies ROLDAN with powder cocaine. An example of RIVERA supplying ROLDAN was on February 5, 2014. The details are as follows:

276.    On February 4, 2014, there were a series of calls between RIVERA and BRYAN FALU, his supplier in Philadelphia. At approximately 9:31 p.m., RIVERA told FALU, "I need motherfuckin' fourth street tomorrow, my nigga." Law enforcement interpreted this to mean four 4.5-ounce quantities of powder cocaine (18 ounces total). Law enforcement concluded that on February 5, 2014, RIVERA went to Philadelphia, retrieved the requested cocaine and returned to Camden. This is corroborated by the cellular tower data on the RIVERA Phone which placed RIVERA in the vicinity of East

159

Letterly and Jasper Streets, Philadelphia, at approximately 3:09 p.m., then back in Camden at approximately 3:44 p.m.   As he had done on several prior occasions, RIVERA returned to 1225 Liberty Street and had customers meet him there.   Two of those customers were RAYMOND ROLDAN and ANT RAMOS.

277.   On February 5, 2014, at approximately 2:21 p.m., RAYMOND ROLDAN called EFRAIM RIVERA.   RIVERA said, "He was about to go get it now."   At approximately 3:03 p.m., the 1300 Sheridan Street pole camera captured ROLDAN departing from 1355 Sheridan Street in a Dodge Journey ("the RAYMOND ROLDAN Journey"), New Jersey registration WME-39F, a vehicle previously identified as being owned by C.S. (ROLDAN's live-in girlfriend) and known to be frequently used by ROLDAN.   At approximately 3:05 p.m., the 1185 Sheridan Street pole camera captured the DAISY ROLDAN Avenger parking in front of 1185 Sheridan Street.   At approximately 3:06 p.m., the RAYMOND ROLDAN Journey arrived and parked across from 1185 Sheridan Street.   RAYMOND ROLDAN exited the driver's side door and went up to the driver's window of the Avenger and appeared to be conversing with DAISY ROLDAN.   At approximately 3:09 p.m., ANT RAMOS and several other males exited 1185 Sheridan Street and conversed with RAYMOND ROLDAN, who then entered 1185 Sheridan Street.

278.   At approximately 3:40 p.m., the Liberty Street pole camera captured the RIVERA Chrysler 300 pull up and park across from 1225 Liberty Street.   RIVERA entered 1225 Liberty Street.   At approximately 3:52 p.m., RIVERA called RAYMOND ROLDAN.   RIVERA said, "Yo, I'm at my mom house.   Just pulled up."   ROLDAN replied,

"Alright. I'll be over there."

279.    At approximately 3:54 p.m. the 1185 Sheridan Street pole camera captured RAYMOND ROLDAN pulling off from 1185 Sheridan Street in the RAYMOND ROLDAN Journey, and the Liberty Street pole camera captured the RAYMOND ROLDAN Journey pull up at 1225 Liberty Street a few minutes later. At approximately 4:03 p.m., RIVERA exited 1225 Liberty Street and walked over towards the Journey. This is when law enforcement believes that RIVERA supplied ROLDAN with at least nine ounces of cocaine (4.5 ounces for ROLDAN and 4.5 ounces for RAMOS). ROLDAN then pulled off.

280.    At approximately 4:11 p.m., the 1300 Sheridan Street pole camera captured the RAYMOND ROLDAN Journey drive up Sheridan Street and park across from 1355 Sheridan Street. ROLDAN exited the Journey and entered 1355 Sheridan Street. ROLDAN exited a minute later and pulled off in the Journey. Around this time, there were a series of calls between ROLDAN and the mother of his children. Law enforcement believes that ROLDAN dropped the cocaine off at his house and obtained the money he owed for the cocaine, before he picked his children up.

281.    At approximately 4:35 p.m., the 1185 Sheridan Street pole camera captured the RAYMOND ROLDAN Journey parking in front of 1185 Sheridan Street. ROLDAN walked down to the corner of Sheridan Street and Mount Ephraim Avenue. Law enforcement believes that ROLDAN was waiting for his children. At approximately 4:39 p.m., RIVERA called ROLDAN. ROLDAN answered, "Hello." RIVERA asked, "Yo, you good?" ROLDAN replied, "Uh, not, not yet." RIVERA said, "Nah, Nah I'm talking

about, nah, make sure you was good and shit, but I'll holla' at you, I need the um, I need to um…What I was gonna say. Where a? You ready? I need the other thing." ROLDAN said, "Alright. Give me a few because I'm…I'm trying to get situated. I have to get my kids and all that."

282. At approximately 4:44 p.m., ROLDAN walked back from the corner with his children. As the children entered the RAYMOND ROLDAN Journey, ANT RAMOS and ESPRIT walked off of the porch of 1185 Sheridan. RAMOS entered the rear passenger's seat. ROLDAN spoke briefly with ESPRIT, who was standing on the sidewalk in front of 1185 Sheridan Street, then ROLDAN entered the RAYMOND ROLDAN Journey and pulled off. ESPRIT had something in his hands as he started walking in the direction of Louis Street. A minute later, J.M.'s Chevrolet Tahoe turned from Louis Street onto Sheridan Street. ESPRIT waved the Tahoe over and approached the passenger's window. The Tahoe partially blocked ESPRIT from the view of the pole camera. They spoke for a moment, then the Tahoe pulled off toward Mount Ephraim Avenue. Law enforcement believes that RIVERA called ROLDAN because ROLDAN owed him something. Law enforcement believes that RIVERA was most likely seeing if ROLDAN had the money he owed RIVERA for the cocaine RIVERA just supplied ROLDAN. It is believed that what ESPRIT had in his hand was money when ESPRIT met with the occupants of J.M.'s Tahoe. RIVERA was in the passenger seat and J.M. was most likely driving. ESPRIT then handed RIVERA the money on behalf of ROLDAN.

283. At approximately 4:46 p.m., the 1300 Sheridan Street pole camera

captured the RAYMOND ROLDAN Journey as it parked in front of 1350 Sheridan Street. ANT RAMOS exited the RAYMOND ROLDAN Journey and entered 1350 Sheridan Street. ROLDAN and the children exited the Journey and entered 1355 Sheridan Street. At approximately 4:55 p.m., ROLDAN exited 1355 Sheridan Street and walked across to 1350 Sheridan Street. It is believed that ROLDAN was transferring the powder cocaine from his house to 1350 Sheridan Street.

284.   At approximately 5:20 p.m., while RAYMOND ROLDAN was still inside 1350 Sheridan Street with ANT RAMOS, ROLDAN called RIVERA and said, "Yo, um, ah, um, this is ugly, you hear?" RIVERA said, "No, it can't be." ROLDAN said, "Yeah. You know I don't give you no fucking headaches, bro." RIVERA said, "Oh, man! It can't be, bro, 'cause I…" ROLDAN said, "No, it's ugly. I'm telling you. Yo, I don't give you no headaches, bro, when it's, I need it." Law enforcement believes that ROLDAN and RAMOS went to 1350 Sheridan Street to cook and/or break down the powder cocaine ROLDAN had just received from RIVERA and for which ESPRIT had just paid RIVERA on ROLDAN's behalf. ROLDAN called RIVERA to complain that the cocaine was not cooking properly[39].

285.   In summary, RIVERA traveled to Philadelphia and was supplied by FALU. He returned and met with RAYMOND ROLDAN at 1225 Liberty Street, where he supplied ROLDAN with at least nine ounces of powder cocaine. ROLDAN gave the

---

[39]      Powder cocaine is often "cooked" into crack cocaine by boiling it in water, or at times as previously discussed, heated with ammonia. Complaints about how the cocaine cooks normally mean that the purity level of the powder cocaine had been diluted with too much additive, commonly referred to as "cut." When the powder cocaine is boiled in water (or heated with ammonia), the impurities or "cut" are cooked off. The more "cut," the less crack cocaine is produced.

money to ESPRIT, who in turn, met with J.M. and RIVERA, and gave the money to RIVERA.  RAYMOND ROLDAN and ANT RAMOS then entered 1350 Sheridan Street, where they cooked the powder into crack cocaine.   The end product was less than satisfactory, so ROLDAN called RIVERA to complain.

## SHERIDAN STREET DTO FACILITATOR:

## RAMON DIAZ, aka PALUCO

### RAMON DIAZ, aka PALUCO:

286.   Although law enforcement has not yet identified the cellular phone number being utilized by RAMON DIAZ, based on the monitored conversations between RAYMOND ROLDAN, DAISY ROLDAN, ESPRIT, and ANT RAMOS, law enforcement believes that it is evident that RAMON DIAZ is engaged in furthering the narcotics trafficking activities of the Sheridan Street DTO.  As detailed herein, DIAZ was first identified in the prior Sheridan Street Investigation.  He was the target of two controlled purchases, one on May 3, 2012, for one ounce of crack cocaine, and on June 22, 2012 for one and three-quarter ounces of crack cocaine.  DIAZ was charged with those distributions in the State of New Jersey and those charges are still pending.  In this investigation, the DTO members repeatedly refer to "PALUCO," and in those instances, it is clear to law enforcement that the context of the conversations are related to the narcotics trafficking activities of the Sheridan Street DTO.

164

287. An NCIC database search reveals that DIAZ has the following criminal history in the state of New Jersey:

>    i.   Arrested on February 26, 2009, by the Camden City Police Department, and charged with possession/use of CDS; distribution/possession with the intent to distribute CDS on school property; and manufacturing/distributing CDS. RAMON DIAZ pled guilty to distribution/possession with the intent to distribute CDS on school property, a 3rd degree felony. On May 25, 2010, RAMON DIAZ was sentenced to five years' probation.

288. Without the knowledge gathered from intercepted communications, law enforcement does not know the exact quantities that DIAZ is supplying or being supplied by the Sheridan Street DTO. However, reliable law enforcement sources, including cooperating witnesses, have provided the same corroborating details about DIAZ. They report that DIAZ is supplied by RAYMOND ROLDAN, that DIAZ cooks and stashes crack cocaine in his apartment, and that ANT RAMOS helps him cook the crack cocaine. They also have said that on occasion, DIAZ supplies RAMOS and ROLDAN with cocaine through connections he has in Philadelphia.

289. It is clear to law enforcement that RAMON DIAZ and members of the Sheridan Street DTO use DIAZ' residence to break down cocaine. It is also evident to law enforcement that DIAZ facilitates meetings between supplier LUIS DIAZ and the Sheridan Street DTO. RAMON DIAZ and LUIS DIAZ are related.

290. For example, as previously stated in this Affidavit, on March 8, 2014, at approximately 6:22 p.m., ANT RAMOS called an Unknown Male ("UM7") utilizing telephone number (267)979-4660. UM7 said, "I went around there. I left the, I left you something." RAMOS replied, "I know, I got it." Then, at approximately 7:53 p.m., UM7

165

called RAMOS. RAMOS told UM7, "I'm right here at Morton and Mount Ephraim." At approximately 8:15 p.m., UM7 called RAMOS again. RAMOS told UM7 he was still at Morton Street and Mount Ephraim Avenue, and for UM7 to "park in back of the Charger....you see the black Charger?" At this time, RAMOS was operating a black Dodge Charger rental vehicle, Kentucky registration 133-NYJ. At approximately 9:09 p.m., R.H. called RAMOS. RAMOS told R.H. that he was "at my cousin house, I'm going hammer time" and "I'm at Paluc house." While RAMOS was saying this, law enforcement monitoring the call could hear a distinctive noise consistent with someone breaking down or cutting up a brick of cocaine. Law enforcement believes that the term "hammer time" refers to breaking up pieces of cocaine into smaller pieces for further distribution. Law enforcement also believes that UM7 left RAMOS an unknown quantity of cocaine and that RAMOS brought it to DIAZ' apartment (located at 1550 Mount Ephraim Avenue, near Morton Street), most likely to supply DIAZ, and to break down and cook the unknown quantity.

291. Additionally, as detailed above, on March 20, 2014, ESPRIT contacted DAISY ROLDAN and RAYMOND ROLDAN and advised them that he had "just called, ah, CANELO (LUIS DIAZ) and he's like call his peoples up so I could bust that move." RAYMOND ROLDAN initially did not want to deal with LUIS DIAZ because he said, "No, you got to ask him if it's the same people I don't want to deal with." ESPRIT told ROLDAN it was different people, "It's the nigga with the braids" and said, "I seen it. It's alright. It looked good, but you know, you would know," and "CANELO wanna meet us." ROLDAN agreed. Law enforcement interpreted this string of communications to mean

166

that initially, RAYMOND ROLDAN did not want to deal with LUIS DIAZ because of a bad batch of cocaine DIAZ recently supplied him.   ESPRIT then confirmed that the new batch of cocaine was from a different supplier, a man with "braids."  Shortly after these conversations, surveillance observed RAYMOND ROLDAN, ESPRIT, RAMON DIAZ, ANT RAMOS, and a fifth Hispanic male believed to be LUIS DIAZ enter RAMON DIAZ' apartment.  Law enforcement believes that LUIS DIAZ supplied RAYMOND ROLDAN, ANT RAMOS, and RAMON DIAZ inside of RAMON DIAZ' apartment.  Based on previous occasions where it was evident that RAMON DIAZ' apartment was being utilized to break down cocaine, it is believed that the supply from LUIS DIAZ was divided up inside the apartment.

292.   Also, on March 23, 2014, at approximately 5:13 p.m., ESPRIT called RAYMOND ROLDAN and said, "PALUCO said that, did you talk to him?"  ROLDAN said no.  ESPRIT then said, "He said come see him.  He said, dude…dude…dude, ah, said come see him, too."  At approximately 5:18 p.m., the 1185 Sheridan Street pole camera captured DAISY ROLDAN exit 1185 Sheridan, enter the DAISY ROLDAN Avenger and drive off.   At approximately 5:20 p.m., the DAISY ROLDAN Avenger was captured by the 1300 Sheridan Street pole camera parking in front of 1355 Sheridan Street.  RAYMOND ROLDAN exited his residence and entered the Avenger.  At approximately 5:39 p.m., ESPRIT called RAYMOND ROLDAN.  ROLDAN said that he was "going in a couple of minutes, when he calls."  ESPRIT asked, "you call PALUCO already?"  ROLDAN said yes.

293.   At approximately 5:58 p.m., the DAISY ROLDAN Avenger was observed driving up Morton Street and parking in front of RAMON DIAZ' residence (1550 Mount Ephraim Avenue).   DAISY ROLDAN was driving and RAYMOND ROLDAN was in the passenger seat. At approximately 6:20 p.m., surveillance observed a black Ford F150 pick-up truck with New Jersey registration M93-ARC, registered to R.H. and utilized by R.H. ("the R.H. truck"), drive up Morton Street and park behind the DAISY ROLDAN Avenger. An adult black male resembling the physical characteristics of R.H. (tall and slim build) exited the driver's seat and entered RAMON DIAZ' apartment.   At approximately 6:29 p.m., surveillance observed an Hispanic male, average height, wearing a dark, multicolored sweatshirt, walking from the direction of RAMON DIAZ' apartment towards LUIS DIAZ' Acura, which was parked on Mount Ephraim Avenue. This male loitered for a couple of minutes at the corner. The male appeared to be waiting. The male then drove off in LUIS DIAZ' Acura.

294.   At approximately 7:08 p.m., RAYMOND ROLDAN called ESPRIT and said, "I'm still waiting, but PALUCO said come around because he still got you."   Within two minutes of this call, ESPRIT sent two text messages.  One was sent to cellular telephone facility number (856) 882-9009, known to be utilized by R.C. ("the R.C. Phone") that read, "Ready".  The second was sent to cellular telephone facility number (856) 345-8884, utilized by an unknown female ("UF2") customer that read, "I'm good".

295.   At about this time, approximately 7:10 p.m., the tall male believed to be R.H., DAISY ROLDAN, and RAYMOND ROLDAN exited from RAMON DIAZ' residence. R.H. re-entered the R.H. truck and pulled off, followed by the DAISY ROLDAN Avenger

with DAISY ROLDAN driving.  The 1300 Sheridan Street pole camera captured the DAISY ROLDAN Avenger parking in front of 1355 Sheridan Street.  RAYMOND ROLDAN exited the passenger door and entered his residence.   The DAISY ROLDAN Avenger departed.

296.   At approximately 8:01 p.m., the ESPRIT Buick pulled up and parked across from RAMON DIAZ' residence.   At about this same time, several law enforcement marked units drove up Morton Street with emergency lights activated. They parked a few doors up from the ESPRIT Buick and entered a house in the middle of the block. At this point, the ESPRIT Buick backed out to Mount Ephraim Avenue and departed at a high rate of speed. Law enforcement believes that the above events show that RAMON DIAZ arranges for the supply of cocaine to the Sheridan Street DTO. DAISY ROLDAN drove RAYMOND ROLDAN to RAMON DIAZ' residence to wait for LUIS DIAZ to arrive with a supply of cocaine.   R.H. also pulled up, indicating that RAMON DIAZ had also informed R.H. that they were expecting a supply of cocaine. RAYMOND ROLDAN called ESPRIT to say that they were still waiting but that RAMON DIAZ still had some smaller quantities for ESPRIT, based on the investigation believed to be several quarter-ounce quantities of crack cocaine.  ESPRIT then called two customers to tell them, "I'm good."  ESPRIT then drove to Morton Street with the intention of picking up the crack cocaine but departed when he saw the nearby police activity.

## ROLDAN DTO FACILITATORS:

### DAISY ROLDAN and ANTHONY ESPRIT, aka BOO BOO

169

**DAISY ROLDAN**:

297.   DAISY ROLDAN was clearly engaged in the ROLDAN DTO.   Law enforcement was familiar with DAISY ROLDAN from the prior Sheridan Street Investigation.   CW1 provided law enforcement with DAISY ROLDAN's cellular phone of (856) 246-9190.   There were approximately 224 contacts between the RAYMOND ROLDAN Phone and the DAISY ROLDAN Phone from January 16, 2014 through February 14, 2014.   In numerous calls between RAYMOND ROLDAN and the DAISY ROLDAN Phone, RAYMOND ROLDAN refers to her as DAISY.   DAISY ROLDAN has no criminal history.

298.   Based on reliable law enforcement sources, DAISY ROLDAN makes deliveries for RAYMOND ROLDAN and keeps the illicit proceeds at her residence of 1439 Collings Road, Camden.   Both ESPRIT and DAISY ROLDAN live at that residence.   There were numerous occasions while law enforcement was monitoring ESPRIT and RAYMOND ROLDAN's phones that RAYMOND ROLDAN had DAISY ROLDAN pick him up and drive him places.   Law enforcement believes that DAISY ROLDAN holds narcotics proceeds and purchase money for RAYMOND ROLDAN, delivers crack cocaine for RAYMOND ROLDAN, and drives him to narcotics-related meetings with DTO members.

299.   For example, on March 6, 2014, RAYMOND ROLDAN called ESPRIT and said, "Yo, when you get done, when you get done, give that to your mom, 'cause that's your mom's, all that alright."   ESPRIT replied, "All of it? Alright."   Law enforcement believes that this conversation pertains to RAYMOND ROLDAN instructing ESPRIT to

give DAISY ROLDAN the illicit proceeds from his crack cocaine sales in the vicinity of 1185 Sheridan Street.

300. As detailed earlier in this Affidavit, on January 22, 2014, DAISY ROLDAN arranged to have RAYMOND ROLDAN meet LUIS DIAZ at Morton Street and Mount Ephraim Avenue for at least nine ounces of powder cocaine.

301. Additionally, as detailed above during the controlled purchase from ESPRIT on March 4, 2014, DAISY ROLDAN delivered the crack cocaine in her Dodge Avenger to ESPRIT at 1185 Sheridan Street. ESPRIT then retrieved it from the Avenger and supplied CW4 with a half-ounce of suspected crack cocaine.

302. At approximately 1:39 p.m. on March 13, 2014, law enforcement intercepted a call from ANT RAMOS to RAYMOND ROLDAN's phone. During the call, DAISY ROLDAN answered RAYMOND ROLDAN's phone and told him that "Ray left his phone. Did you get the baby?" to which RAMOS responded, "Yea, I got it." ANT RAMOS then asked, "Is baby boy still out there?" DAISY ROLDAN said yes, then ANT RAMOS said, "Alright, I'm pullin up right now." It is law enforcement's belief that ANT RAMOS was referring to CARRERO as "baby boy." It is known to law enforcement that CARRERO, who has had multiple contacts with law enforcement, is referred to on the streets as "Baby" or "Bay Bay."

303. As previously mentioned, on March 20, 2014 at approximately 9:06 a.m., ESPRIT called DAISY ROLDAN and said, "I want you to see what's up with tio (RAYMOND ROLDAN, ESPRIT's uncle)," and "I just called, ah, CANELO and he's like

171

call his peoples up so I could bust that move," to which DAISY ROLDAN responded "Alright."  Law enforcement believes that ESPRIT was asking DAISY ROLDAN to call RAYMOND ROLDAN so they could set up a CDS transaction with LUIS DIAZ, aka CANELO.

304.   Law enforcement believes that on March 23, 2014, DAISY ROLDAN picked up RAYMOND ROLDAN in the DAISY ROLDAN Avenger and went to the residence of RAMON DIAZ to wait for a supply of cocaine.  As illustrated above, on this date, ESPRIT called RAYMOND ROLDAN and said that "PALUCO" said to come see him.  A short while later, DAISY ROLDAN picked up RAYMOND ROLDAN and they drove to "PALUCO's" (RAMON DIAZ') residence on Morton Street.   At approximately 6:29 p.m., DAISY ROLDAN and RAYMOND ROLDAN, as well as R.H., were observed entering RAMON DIAZ' residence.  At 7:08 p.m., RAYMOND ROLDAN called ESPRIT and said that they were still waiting but that "PALUCO still got you."  Law enforcement believes that RAYMOND ROLDAN, DAISY ROLDAN, and R.H. were waiting for a supply of cocaine, believed to be delivered by LUIS DIAZ.  RAMON DIAZ still had some smaller quantities of crack cocaine available so, after waiting for about half an hour, RAYMOND ROLDAN told ESPRIT to get a supply of those smaller quantities from RAMON DIAZ, and then RAYMOND ROLDAN and DAISY ROLDAN, as well as R.H., departed.

## ANTHONY ESPRIT, aka BOO BOO:

172

305.   ANTHONY ESPRIT is clearly engaged in the ROLDAN DTO.  There were 146 contacts between the RAYMOND ROLDAN Phone and the ESPRIT Phone from January 16, 2014 through February 14, 2014.  Law enforcement has conservatively concluded, after reviewing intercepted communications and surveillance, that ESPRIT had a minimum of 42 meetings with RAYMOND ROLDAN and customers in the time period of January 16 through February 14, 2014, where ESPRIT distributed well over 12.75 ounces of crack cocaine, all of which came from ROLDAN.

306.   In numerous calls between RAYMOND ROLDAN and ESPRIT, ROLDAN refers to him as BOO or BOO BOO.  Several reliable law enforcement sources have identified a photograph of ESPRIT, including pole camera surveillance photographs from 1185 Sheridan Street, as the individual known as BOO BOO, and that BOO BOO is DAISY ROLDAN's son. On January 18, 2014, at approximately 6:39 p.m., RAYMOND ROLDAN called ESPRIT and asked, "What you doing BOO BOO?"  "BOO BOO" then agreed to accompany ROLDAN to Philadelphia.  Shortly after this communication, a Camden County Metro Police Department officer conducted a traffic stop of the RAYMOND ROLDAN Durango and identified the driver as RAYMOND ROLDAN, and the passenger identified himself as ANTHONY ESPRIT, DOB October 26, 1995, with New Jersey driver's license number E8055 05379 10952.   Your affiant obtained the driver's license photograph and positively identified the male depicted in the photograph as ANTHONY ESPRIT, aka BOO BOO.   ESPRIT has no criminal history.

173

307.   Law enforcement believes that ESPRIT runs errands for RAYMOND ROLDAN and distributes individual quarter-ounce quantities of crack cocaine for ROLDAN, mostly at the drug set at 1185 Sheridan Street, and that he is armed in order to protect his business.  In numerous calls, ROLDAN has ESPRIT pick him up and take him to meet suppliers; for example, on January 22 and March 20, 2014, when ESPRIT drove ROLDAN to meet with LUIS DIAZ.  In addition, law enforcement purchased a total of approximately one ounce of crack cocaine from ESPRIT in controlled purchases on March 1 and March 4, 2014.

308.   On February 3, 2014, at approximately 7:04 p.m., RAYMOND ROLDAN called ESPRIT and said, "You forgot to call Mook for me."  While the conversation was going on, ESPRIT could be heard arguing with an unknown male in the background, saying, "It's got all coke on it!" and "yeah, then clean it!"  Law enforcement believes that ESPRIT was referring to CDS paraphernalia used to break down and bag crack cocaine, such as a plate or a knife, that are common items used in this process.

309.   On February 22, 2014, CW4 purchased approximately 24 grams of crack cocaine directly from ROLDAN.  During the meeting with CW4, ROLDAN said that CW4 can call him directly, so that it would be cheaper, since "BOO BOO" (ESPRIT) had to mark up the price to make his (ESPRIT's) profit.  As previously described, CW4 explained that ESPRIT adds a resale price on the crack cocaine that ROLDAN gives CW4.

174

310.    As previously stated, on March 1, 2014, at approximately 4:10 p.m., ESPRIT called DAISY ROLDAN. Prior to the connection, ESPRIT could be heard talking to someone. ESPRIT said, "call my mom (unintelligible) so she come, 'cause I had to take the strap and the gun off;" at this point, the call connected. ESPRIT asked, "Why you ain't stop?" DAISY ROLDAN said, "I couldn't. I was in a rush." ESPRIT responded angrily, "What you mean you couldn't? You wasn't in a rush. I did so…I gave the car to what's him name, and you got me out here like this with all this shit on me." DAISY ROLDAN replied, "Alright, I'm coming out."

311.    At approximately 4:11 p.m., ESPRIT called an unknown female ("UF1"). UF1 asked, "Why you sound mad?" ESPRIT replied, "'cause, I just ah, I just gave the truck up. Then my mom gonna ride right past me knowing I got all this stuff from the car and she didn't act like she ain't even gonna stop." UF1 asked, "Where you at?" ESPRIT said that he was on Sheridan Street and "I had to put it in my aunt's house. I hate putting stuff in there. It's too hot. Put it in there then I got to claim all that shit, man!" Law enforcement believes that ESPRIT was concerned that he had a gun and all this "shit on me." Law enforcement believes that the "shit on me" referred to by ESPIRIT was a reference to crack cocaine and/or the illicit proceeds he made from selling crack cocaine, and that he had to secrete it inside 1185 Sheridan Street, where ESPRIT's aunt resides, because it was "too hot," meaning too much police scrutiny in the area. ESPRIT was also concerned that if the police searched his aunt's house, he would have to claim responsibility for whatever was found inside, including the gun, the illicit proceeds and/or CDS. This series of calls also shows that DAISY ROLDAN is an

active member of the Sheridan Street DTO. In the experience of law enforcement, a firearm is a standard "tool of the trade" utilized to protect the DTO and its territory from being robbed or from rival drug dealers.

312.    At approximately 4:17 p.m., the 1185 Sheridan Street pole camera captured ESPRIT walking over to a silver Pontiac Grand Prix parked in front of 1185 Sheridan Street and known to be utilized by ROCKY DIAZ. ESPRIT pulled a wad of money from his pocket and appeared to be counting the money, then made an exchange with the Grand Prix's passenger, believed to be ROCKY DIAZ.

313.    At approximately 4:44 p.m., RAYMOND ROLDAN returned a call to ESPRIT and asked, "Why you just call me? I seen the missed call." ESPRIT responded, "Yeah, I seen'd you. I'm done." ROLDAN replied, "Oh, yeah? Alright then. Give me a couple of minutes." Law enforcement believes that ESPRIT told ROLDAN that he had finished selling all of the crack cocaine that ROLDAN had given him earlier.

314.    As detailed above, on March 20, 2014, ESPRIT arranged for RAYMOND ROLDAN to be supplied an unknown quantity of powder cocaine by LUIS DIAZ and then drove him there.

## ROLDAN DTO CUSTOMERS/REDISTRIBUTORS:

## EFRAIM RIVERA, J.H., R.C. and M.M.

### EFRAIM RIVERA, aka E:

315.    There were 228 contacts between EFRAIM RIVERA and RAYMOND ROLDAN between December 4, 2013 and March 4, 2014. They have met on numerous

occasions at locations such as 1355 Sheridan Street, 1185 Sheridan Street and 1225 Liberty Street.   As mentioned repeatedly throughout this Affidavit, it is believed that RIVERA supplies RAYMOND ROLDAN with powder cocaine, and RAYMOND ROLDAN in turn supplies RIVERA with crack cocaine.

**J.H.**

316.   As detailed below, law enforcement believes that J.H. was one of the customers who RAYMOND ROLDAN supplied directly.  Based on the phone analysis, monitoring of the wire intercepts, and physical and electronic surveillance, law enforcement has determined that from January 16 through February 14, 2014, ROLDAN met with J.H. on at least fifteen occasions and supplied him over 22 ounces of crack cocaine.  There were approximately 62 contacts during this time period. ROLDAN sometimes met with J.H. at 1350 Sheridan Street, but most exchanges were conducted on the 1300 block of Chase Street.  According to reliable FBI CIs, to include CW4, J.H. supplies cocaine to an active drug set by the corner store at Sheridan and Cope Streets.  CW4 also reported that J.H. supplies a drug set at Louis and Chase Streets.

317.   The investigation revealed that J.H. utilized cellular telephone facility number (856) 883-9087, subscribed to J. H., 1252 Sheridan Street, Camden.  In early January, 2014, your affiant had phone contact with J.H. on this cellular phone related to a separate matter.  On January 18, 2014, RAYMOND ROLDAN received a call from (856) 883-9087 ("the J.H. Phone").  The male caller, later identified as J.H., said, "I have

that for you." ROLDAN then referred to the caller as "JUAN." Law enforcement believes that JUAN is J.H. and that J.H. had money he owed to ROLDAN for crack cocaine previously supplied by ROLDAN to J.H.

318. On January 25, 2014, at approximately 11:04 a.m., J.H. called RAYMOND ROLDAN and said, "the shoes is a five and a half. They weren't the right size." ROLDAN replied, "the only size I got is two and a half right now. I got it but, you got to wait like two, a couple of minutes. I'll go get the rest." At 12:40 p.m., J.H. called ROLDAN and said he was there. At 12:45 p.m., surveillance observed the RAYMOND ROLDAN Durango on the 1300 block of Chase Street pulling away from a 2003 silver Honda Odyssey, New Jersey registration G20-BXZ. A male matching J.H.'s description was behind the wheel of the Odyssey. Your affiant is familiar with J.H. and his vehicle. Law enforcement believes that the reference to size five and a half was referring to five and a half ounces of crack cocaine.

319. An NCIC records check revealed that J.H. has the following criminal history in the state of New Jersey:

           i.    Arrested on January 13, 1993 by the Camden City Police Department and charged with possession of CDS; manufacturing/distributing CDS and unlawful possession of a hand gun. J.H. was convicted of distributing heroin/cocaine, a 3rd degree felony and possession of a handgun, a 3rd degree felony. On November 4, 1994, J.H. was sentenced to sixty days' confinement and three years' probation.

          ii.    Arrested on August 10, 1996, by the Camden City Police Department and charged with possession of CDS and manufacturing/distributing CDS. J.H. was convicted of distributing heroin/cocaine, a 3rd degree felony. On September 26, 1997, J.H.

178

was sentenced to five years' confinement and was parole ineligible for two years.

iii.   Arrested on October 3, 2008, by the Camden City Police Department and charged with possession of CDS; manufacturing/distributing CDS; CDS on school property; and unlawful possession of a handgun. J.H. was convicted of unlawful possession of a handgun, a 2nd degree felony. On February 26, 2010, J.H. was sentenced to four years' confinement and was parole ineligible for two years.

320.   On January 21, 2014 at approximately 6:32 p.m., J.H. called RAYMOND ROLDAN and said he was "getting ready to pull around there now" and then said "the same as last time" and "two minutes." ROLDAN replied, "Oh, two, ok." At 6:37 p.m., the 1300 Sheridan Street pole camera captured ROLDAN leaving his residence and entering the RAYMOND ROLDAN Durango. The data from the GPS tracker on the RAYMOND ROLDAN Durango indicated that ROLDAN drove to the 1300 block of Chase Street and parked for two minutes before departing. As previously stated in this Affidavit, law enforcement believes that ROLDAN met with J.H., as he has on several other occasions, on the 1300 block of Chase Street and supplied him with two ounces of crack cocaine.

## R.C.

321.   As detailed below, law enforcement believes that R.C.is a regular customer of ESPRIT. It is believed that R.C. utilizes cellular telephone facility number (856) 882-9009 ("the R.C.Phone"). This is a Metro PCS phone subscribed to R.C., 1615 Louis Street, Camden. On April 1, 2014, your affiant interviewed R.C.at 1615

179

Louis Street, Camden, on an unrelated matter.  R.C. provided his cellular phone number as (856) 882-9009.  Based on the phone analysis, monitoring of the wire intercepts, and physical and electronic surveillance, law enforcement has determined that from February 28 through March 23, 2014, there were approximately 148 contacts between R.C. and ESPRIT.   The majority were texts and short in nature, such as the text on March 1, 2014, "need 1," which law enforcement believes refers to R.C. ordering a quarter-ounce of crack cocaine.   Based on the many similar exchanges, it appears that ESPRIT has supplied R.C. with quarter-ounce quantities on at least sixteen occasions, sometimes twice in one day, totaling over five and a quarter ounces of crack cocaine. R.C. has been observed by law enforcement on several occasions loitering in the area of the 1600 block of Louis Street, in the vicinity of active drug sets on the corners of Chase and Louis and Jackson and Louis Streets.  Law enforcement believes that R.C.is supplying one of these sets.

322.   R.C. uses cellular telephone facility number (856) 882-9009, which is subscribed in his name and to his home address.  Law enforcement is familiar with R.C., who goes by the nick name "RA RA" and is known to associate with the drug set at 1185 Sheridan Street. CW4, who is closely associated with R.C., confirms the fact that R.C. goes by RA RA,  and that R.C. associates with members of the Sheridan Street DTO.

323.   CW4 also advised that R.C. uses cellular telephone facility number (856) 882-9009, and that he is supplied by the Sheridan Street DTO, which he in turn resells on Louis Street.

324.    An NCIC records check revealed that R.C. has the following criminal

history in the state of New Jersey:

> i.   Arrested on March 21, 2000, by the Camden City Police Department and charged with possession/use of CDS; manufacturing/distributing CDS; and CDS on school property. R.C. was convicted of CDS on school property, a 3rd degree felony. On July 21, 2000, R.C. was sentenced to three years' confinement, and was parole ineligible for one year.

> ii.   Arrested on July 1, 2003 by the Camden City Police Department and charged with resisting arrest; possession of CDS; manufacturing/distributing CDS; and CDS on school property, a 3rd degree felony.   R.C. was convicted of CDS on school property, a 3rd degree felony. On April 28, 2004, R.C. was sentenced to five years' confinement, and was parole ineligible for three years.

> iii.   Arrested on August 6, 2007, by the Camden County Sheriff's Office, and charged with possession of CDS; distributing heroin/cocaine; and CDS on school property. R.C. was convicted of possession of CDS, a 3rd degree felony; distribution of heroin/cocaine, a 3rd degree felony; and CDS on school property, a 3rd degree felony. On June 8, 2008, R.C. was sentenced to nine years' confinement and was parole ineligible for four years.

325.    On March 1, 2014, at approximately 7:28 p.m., the R.C. Phone sent the

ESPRIT Phone the text, "Need one" meaning that R.C. was ordering up quarter-ounce

of crack cocaine. The ESPRIT phone replied, "Ard," which is texting shorthand for

"alright." Based on the investigation, this was the normal, almost daily pattern. Law

enforcement believes that R.C. was being supplied crack cocaine based on the

investigation. According to CW4, ESPRIT will sell only sell crack cocaine that he is

supplied from ROLDAN.    Furthermore, law enforcement purchased crack cocaine from

ESPRIT on two occasions.

326.    On March 3, 2014, at approximately 1:16 p.m., the R.C. Phone sent the text, "Got new shit."  A minute later, the ESPRIT Phone sent the reply, "That's what waitin on no bro."  Law enforcement believes that R.C. must have been unsatisfied with a previous supply and was asking ESPRIT if he had any new or different crack cocaine available.  ESPRIT replied that he was waiting.

327.    On March 15, 2014, ESPRIT called R.C.  ESPRIT asked, "I'm good bro. What's up, you need me?"  R.C. replied, "Yeah."  ESPRIT replied, "Alright, here I come." Law enforcement believes that ESPRIT called R.C. and said that he was "good," meaning that he had a supply of crack cocaine and then told R.C. he was coming to him.

**M.M.**:

328.    As part of the prior Sheridan Street Investigation, M.M. was identified as a regular customer at the drug set at 1185 Sheridan Street.  Reliable law enforcement sources reported that M.M. purchased multiple ounces of crack cocaine and distributed them in the Sicklerville, Winslow Township and Lindenwold, New Jersey areas.   M.M. has had multiple contacts with those police departments.

329.    As detailed below, law enforcement believes that M.M. is a regular customer of ESPRIT.  Law enforcement believes that M.M. was utilizing cellular

182

telephone facility number (856) 693-8589 ("the M.M. Phone"). On February 7, 2014, at approximately 12:40 p.m., the 1185 Sheridan Street pole camera captured a 2004 gray BMW sedan with New Jersey registration X12-BYU ("the M.M. BMW") pulling up Sheridan Street and parking in front of 1185 Sheridan Street. The driver exited the vehicle and the camera captured a clear picture of the driver. Your affiant is familiar with M.M. and identified the driver as M.M. On March 1, 2014, the M.M. Phone sent a text to the ESPRIT Phone, "Yo it's alaji pick up ASAP." Law enforcement believes that "alaji" was misspelled and is "Al Haji," a known alias for M.M. In subsequent calls, M.M. called ESPRIT and said he was coming to Sheridan Street, and then the 1185 Sheridan Street pole camera captured M.M. pulling up to the drug set.

330. Based on the phone analysis, monitoring of the wire intercepts, and physical and electronic surveillance, law enforcement has determined that from March 1 through March 24, 2014, there were approximately 36 contacts between the ESPRIT Phone and the M.M. Phone. Based on the content of the intercepted calls and the pole camera observations, it appears that ESPRIT has supplied M.M. with half-ounce quantities on at least six occasions, totaling over three ounces of crack cocaine. It also appears that RAMOS DTO supplies M.M. as well.

331. An NCIC records check revealed that M.M. has the following criminal history in the State of New Jersey:

> i. Arrested on March 7, 2004, by Winslow Township Police Department, and charged with possession of CDS;

183

manufacturing/distributing CDS; and possession of a handgun. M.M. was convicted of possession of a handgun, a 3rd degree felony. On December 10, 2014, M.M. was sentenced to three years' probation.

ii.   Arrested on September 27, 2008, by Lindenwold Police Department, and charged with burglary by entering a structure. M.M. was convicted of trespassing, a 4th degree felony. On January 1, 2009, M.M. was sentenced to non-custodial confinement.

iii.   Arrested on April 17, 2009, by the Pine Hill Police Department, and charged with receiving stolen property, and fraudulent use of a credit card. M.M. was convicted of burglary by entering a structure, a 3rd degree felony, and fraudulent use of a credit card, a 3rd degree felony. On June 14, 2013, M.M. was sentenced to four years' confinement.

iv.   Arrested on August 17, 2009, by the Gloucester Township Police Department, and charged with possession of CDS. M.M. was convicted of possession of CDS or analog, a 3rd degree felony. On January 15, 2010, M.M. was sentenced to 90 days' confinement and five years' probation. On June 14, 2013, probation was revoked and M.M. was re-sentenced to four years' confinement.

332.   On February 18, 2014, at approximately 12:30 p.m., the 1185 Sheridan

Street pole camera captured a dark-colored sedan driving up Sheridan Street and

parking in front of 1185 Sheridan Street.   The sedan was followed by the M.M. BMW,

which parked directly behind the sedan.  M.M. and an unidentified male driver of the

sedan ("UM8") exited their respective vehicles and met.  A taller, thin male, possibly

ESPRIT, walked across the street and appeared to converse with M.M.  At

approximately 12:36 p.m., both vehicles pulled off.

184

333.    At approximately 12:37 p.m., the 1300 Sheridan Street pole camera captured the M.M. BMW pulling up and parking across from 1350 Sheridan Street. M.M. exited his vehicle, took a young child from the back seat and walked up into the archway of 1350 Sheridan Street. At approximately 12:42 p.m., M.M. and the child were captured re-entering the M.M. BMW. M.M. was carrying a white bag in his right hand which he was not carrying on his way into 1350 Sheridan Street. Based on the intercepted communications with ESPRIT, law enforcement believes that M.M. brings customers to the Sheridan Street DTO. M.M. is supplied by the Sheridan Street DTO, and then he supplies whoever he brings with him. Law enforcement believes that M.M. went to 1185 Sheridan Street on February 18, 2014, with a customer and was told to go to 1350 Sheridan Street, where he was supplied at least half-ounces of crack cocaine. The fact that M.M. was allowed to enter 1350 Sheridan Street indicates that he is a trusted regular customer and that the quantities described here are extremely conservative.

334.    On March 21, 2014, at approximately 7:49 p.m., law enforcement observed the M.M. BMW parked in the vicinity of 1185 Sheridan Street. At approximately 8:07 p.m., a marked Camden County Metro Police cruiser conducted a traffic stop of the M.M. BMW and identified the driver as M.M. The vehicle was allowed to continue on following the stop. At approximately 8:29 p.m., M.M. called ESPRIT and said, "You got to be easy on base, yo," and complained, "Yo, as soon as I left, these pussies pulled me the fuck over man." M.M. said, "from now on I'm a park somewhere

185

else and shit man, like, Church's. Alright, bro, yo, you think it's going to be tonight, tho, just keep it 100." ESPRIT said, "Yeah, I think so, bro, because I was supposed to get it, you know, so, yeah, hopefully tonight…"   Law enforcement believes that M.M. went to 1185 Sheridan Street, but was told by ESPRIT that he was waiting on a supply.  M.M. asked ESPRIT to "keep it 100," a commonly used street term referring to being honest; in this context, M.M. wanted ESPRIT to tell M.M. how confident ESPRIT was that his cocaine supply was coming in this night.  The fact that M.M. referenced the car stop corroborates the fact that he is the person utilizing the M.M. Phone.

335.   On March 24, 2014, at approximately 7:17 p.m., M.M. called ESPRIT, and said, "Yo, one more thing I forgot to tell you. Yo, split them jawns in half, you heard." ESPRIT responded, "I can't do that.  You gonna have to do that yourself.  You know I hate doing that.  Your girlfriend had me doing that shit, bro."  M.M. replied, "No, no, listen, 'cause it's for two people," and "eyeball it, but make mine's bigger than the other nigga's shit," and "make mine like eight and a half."  Law enforcement believes that ESPRIT was going to supply M.M. with a half-ounce of crack cocaine, but M.M. was going to split it with someone he was bringing.  M.M. wanted ESPRIT to split it, but give him the bigger half; that is give 8.5 grams to M.M. and then short-change M.M.'s customer with 6.5 grams.  In addition, it is evident that ESPRIT had also previously supplied M.M.'s girlfriend on at least one occasion with a half-ounce quantity of crack cocaine, which she similarly wanted to split up.  As provided above, law enforcement believes that ESPRIT sells crack cocaine, as opposed to powder cocaine.  This is

186

corroborated by CW4 and the fact that law enforcement executed two controlled purchases of crack cocaine from ESPRIT.

## RAMOS DTO FACILITATORS:
### AL RAMOS, GIO RAMOS, JIMMY MERCADO and R.H.

336.    As previously stated, as part of the prior Sheridan Street Investigation, ANT RAMOS, AL RAMOS, GIO RAMOS and JIMMY MERCADO were arrested on October 3, 2012 inside of 1350 Sheridan Street.  Recovered from 1350 Sheridan Street and ANT RAMOS' vehicle parked outside, were four handguns (one gun was in the vehicle); approximately two ounces of suspected phencyclidine ("PCP"); approximately 292 decks of heroin (279 stamped "bike life" and 13 stamped "paperboy"); approximately 3.5 ounces of suspected crack-cocaine; 2.5 ounces of suspected powder cocaine (vehicle); approximately half a pound of marijuana; and $6,221.  The majority of the suspected CDS was found in the kitchen of the residence, much of it on the kitchen table, or otherwise out in the open.  It is your affiant's belief that the occupants were in the process of cooking and/or bagging the cocaine for further resale.  Law enforcement believes that ANT RAMOS, AL RAMOS, GIO RAMOS and JIMMY MERCADO and at times, R.H., have continued to work together to manufacture crack cocaine, as well as to distribute crack cocaine and heroin, through drug set workers at the open-air market at 1185 Sheridan Street and to other street-level distributors in the Camden and Lindenwold areas.  Law enforcement bases this conclusion on information from reliable

187

law enforcement sources; pole camera and physical surveillance; consensually recorded conversations; controlled purchases on February 15, February 24, March 1 and March 4, 2014; activity observed via pole camera and physical surveillance; the monitoring of intercepted communications; and law enforcement actions on February 16, 2014.

### ALEXSIO RAMOS, aka AL RAMOS:

337.    As detailed herein, law enforcement believes that AL RAMOS assists his brother, ANT RAMOS, with the manufacturing and distribution of multiple quantities of crack cocaine. AL RAMOS resides at 1350 Sheridan Street. Law enforcement has learned from reliable confidential sources that AL RAMOS has a child with N.H. Public records checks and New Jersey DMV inquiries have determined that N.H. resides at 7721 Broad Street, apartment D, Pennsauken. As previously explained in this Affidavit, N.H. is the sister of R.H. Law enforcement believes, based on physical surveillance and the court-authorized monitoring of electronic communications of ANT RAMOS, that AL RAMOS and his co-conspirators use this apartment in Pennsauken to manufacture crack cocaine.

338.    There were approximately 102 contacts between ANT RAMOS and cellular phone facility number (347) 257-4278 that law enforcement believes was being utilized by AL RAMOS. In several of the communications, ANT RAMOS and AL RAMOS refer to being "at mommy's." As provided elsewhere in greater detail, on March 1, 2014, there was a series of communications to and from ANT RAMOS where

it was evident to law enforcement that ANT RAMOS and AL RAMOS were manufacturing and/or breaking down CDS at the apartment of N.H. In a call between ANT RAMOS and R.H., ANT RAMOS said, "You know where I'm at out Pennsauken. With AL."

339. AL RAMOS has no adult convictions. He has two pending drug distribution charges. As previously stated, one arrest occurred on October 3, 2012 at 1350 Sheridan Street in connection with the prior Sheridan Street Investigation, and one more recently on December 24, 2013. According to police reports, on December 24, 2013, AL RAMOS was detained along with H.L. on suspicion of engaging in drug distribution on Sheridan Street. At the time, AL RAMOS was in possession of approximately $1,691. H.L. was found to be in possession of three small clear bags containing blue wax paper stamped with "JUICY J." Both were charged. RAMOS was charged with possession of CDS or analog; distribution of heroin/cocaine; and CDS on school property. As previously detailed, on February 16, 2014, Camden County Metro Police confiscated 486 plastic bags of suspected heroin and $6,900 from 1350 Sheridan Street, where RAMOS resides. The bags of suspected heroin were stamped with the word "Juicy XL."

340. On February 21, 2014, at approximately 2:50 p.m., the AL RAMOS Phone sent the ANT RAMOS Phone the text, "Did jayson call u." The ANT RAMOS Phone sent the reply, "Na want me call jim -,- Him," The AL RAMOS Phone sent the reply, "Yea see wat he talkin." Then at approximately 3:30 p.m., R.H. called ANT RAMOS and asked, "What's up, you tell me." ANT RAMOS replied, "I'm waiting for him to get back

now." Law enforcement believes that ANT RAMOS was waiting on a CDS supplier. Law enforcement believes that "jayson" and R.H. are customers waiting for AL RAMOS and ANT RAMOS.

341.   As previously stated, at approximately 4:48 p.m., ANT RAMOS returned a call from MARK WASHINGTON. WASHINGTON asked, "Oh motherfucker, you around?" ANT RAMOS said, "Not right now. I am in the middle of something. Yo, dude about to come through." WASHINGTON replied, "Alright, alright, so, what, you can grab them for me and I just bring it to you as soon as I leave the mall?," and "just grab it. I got the money on me and I'll just give to you when I, watcha call it." Law enforcement believes that WASHINGTON wanted ANT RAMOS to set aside an unspecified amount of CDS for WASHINGTON, and that he would give ANT RAMOS the money when ANT RAMOS supplied him.   Law enforcement believes that when ANT RAMOS refers to "dude about to come through" he is referring to the CDS supplier.

342.   At approximately 6:15 p.m., the ANT RAMOS Phone sent the AL RAMOS Phone the text, "He bout to cum there." The AL RAMOS  Phone sent the reply text, "Ok u comin dwn here or no." At approximately 6:18 p.m., ANT RAMOS called AL RAMOS, and AL RAMOS said he was at "mommy's" (meaning 1350 Sheridan Street). ANT RAMOS said, "he's going to meet you there. I'm a tell you he outside." AL RAMOS asked, "Oh, so, what I have to give him the bread?" ANT RAMOS replied, "Whatever, talk to him, see what's up."   AL RAMOS said, "Oh, alright, 'cause I was going to grab the hundred, but J.I. said he gave you the money. If you ain't around, I ain't going to have the rest, I ain't going to have all of it for the whole hundred."   ANT RAMOS said

that he would "be around in a little bit, probably like twenty minutes." Law enforcement believes that ANT RAMOS was informing AL RAMOS that the CDS supplier would be coming to 1350 Sheridan Street. It is law enforcement's interpretation that AL RAMOS was concerned that he did not have enough money for the "hundred" because JIMMY MERCADO, aka J.I., gave the money for the CDS to ANT RAMOS and that ANT RAMOS was not there. Based on AL RAMOS' reference to "hundred," law enforcement believes that they were waiting for 100 grams of heroin. Based on law enforcement's experience, mid to upper-level heroin suppliers deal in one-hundred gram increments.[40]

343.    At approximately 6:46 p.m., the 1300 Sheridan Street pole camera captured a dark-colored pickup truck turn onto Sheridan Street and park in front of 1350 Sheridan Street. At approximately 6:48 p.m., ANT RAMOS called AL RAMOS and said, "he at the door, and I'm around the corner." At approximately 6:51 p.m., a white SUV was captured turning onto Sheridan Street and stopping in front of 1350 Sheridan Street. The passenger exited and walked into 1350 Sheridan Street, followed by the driver of the pickup truck. Due to the time of night, law enforcement could not discern their exact identities; however, based on the physical characteristics, law enforcement believes that it was ANT RAMOS who was dropped off by the white SUV.

344.    At approximately 6:56 p.m., ANT RAMOS called R.H. and said he was at his "mom's" (1350 Sheridan Street). R.H. asked, "That nigga' didn't come?" RAMOS

---

[40]     It should be noted law enforcement believes that earlier in the day on February 21, 2014, as detailed earlier, ANT RAMOS was already supplied powder cocaine by D.S., and that he cooked the powder cocaine at the residence of RAMON DIAZ.

replied, "Nah, come around here real fast."  At approximately 7:00 p.m., a dark-colored

sedan was captured by the pole camera turning onto Sheridan Street and parking

across from 1350 Sheridan Street.  The driver exited and entered 1350 Sheridan Street.

At approximately 7:02 p.m., a black Ford pickup truck was captured turning onto

Sheridan Street and parking across from 1350 Sheridan Street.  The taller, thin male

driver exited the pickup and entered 1350 Sheridan Street.  Law enforcement believes

that this was R.H., who is a tall, thin, black male, and R.H.'s black Ford F150 pickup

truck that pulled up.  At approximately 7:15 p.m., four males exited 1350 Sheridan

Street.  Three of the males walked across to R.H.'s pickup truck and departed.  The

fourth male entered the first pickup truck and departed.  Law enforcement believes that

the first pickup truck that pulled up was the heroin supplier.  The sedan that arrived at

7:00 p.m. may have been "jayson."   Law enforcement believes that the heroin supplier,

ANT RAMOS, AL RAMOS , R.H., and possibly "jayson," were inside 1350 Sheridan

conducting a narcotics exchange.   After the exchange, the parties departed.   Based on

the conversations between WASHINGTON and ANT RAMOS, law enforcement also

believes that ANT RAMOS was going to take a supply of heroin to WASHINGTON.


### GIOVANNY RAMOS, aka GIO, aka G:

345.   As detailed herein, law enforcement believes that GIO RAMOS assists his

brothers, ANT RAMOS and AL RAMOS , with the manufacturing and distribution of

multiple quantities of crack cocaine.  GIO RAMOS resides at 1350 Sheridan Street,

Camden, with his brother AL RAMOS.  Law enforcement believes that GIO RAMOS

utilized telephone facility number (323) 399-1397 ("the GIO RAMOS Phone").   There
were at least 25 contacts between RAYMOND ROLDAN and GIO RAMOS.   In several
of the calls, RAYMOND ROLDAN referred to GIO RAMOS as "G."

346.   On January 22, 2014, at approximately 3:36 p.m., RAYMOND ROLDAN
called GIO RAMOS.  ROLDAN said, "Yo, what's up bro, you in the house?"  GIO
RAMOS said that he was "at my house."  At approximately 3:43 p.m., the 1300
Sheridan Street camera captured the DAISY ROLDAN Avenger parking in front of 1350
Sheridan Street.  RAYMOND ROLDAN exited from the passenger seat, walked into
1355 Sheridan Street, then two minutes later exited and walked to 1350 Sheridan
Street.  It is law enforcement's belief that RAYMOND ROLDAN was either dropping off
cocaine or obtaining money from his house and picking up crack cocaine from GIO
RAMOS as 1350 Sheridan Street.  On January 24, 2014, at approximately 2:14 p.m.,
RAYMOND ROLDAN called GIO RAMOS, and said, "G, come to my house, right now."
At 2:17 p.m., ROLDAN was captured on the 1300 Sheridan Street pole camera walking
across the street to 1350 Sheridan.

347.   GIO RAMOS has no adult convictions; however, he was arrested at 1350
Sheridan Street on two occasions, both addressed above, on October 3, 2012 with
JIMMY MERCADO, ANT RAMOS, and AL RAMOS; and then on February 16, 2014
after Camden County Metro Police recovered over 486 plastic bags of suspected heroin
marked "JUICY XL" and $6,900.  According to police reports, GIO RAMOS admitted in
a post-Miranda interview that he attempted to hide the heroin when police started
knocking at the front door.

193

348. As previously described, during the controlled purchase on February 15, 2014, GIO RAMOS sold a quarter-ounce of crack cocaine to CW4, after being directed to do so by ANT RAMOS. In this same meeting, ANT RAMOS told CW4 that they had heroin for sale at a price of $85 per gram or $80 per bundle of fifteen. Early the following morning, GIO RAMOS was arrested after the police recovered the money and suspected heroin from 1350 Sheridan Street, where GIO RAMOS was present.

349. On February 2, 2014, at approximately 5:17 p.m., RAYMOND ROLDAN returned a call from GIO RAMOS. GIO RAMOS said "ANT wants you." ROLDAN said he would come over.

350. On February 4, 2014, at approximately 11:30 p.m., RAYMOND ROLDAN called GIO RAMOS and asked, "FROG just left?," and "He was alright, or no?" GIO RAMOS replied that he was not. It is law enforcement's belief that ROLDAN was asking GIO RAMOS if D.S., who had just left 1350 Sheridan Street, had a supply of cocaine, to which GIO RAMOS said that he did not. As detailed previously, ROLDAN was searchin for a supply of cocaine and finally coordinated with RIVERA on February 5, 2014.

### JIMMY MERCADO, aka J.I.:

351. As detailed above and summarized below at paragraphs 404-416 in the section headed "Events Illustrating DTO Members' Relationships," law enforcement believes that JIMMY MERCADO assists his cousins, ANT RAMOS and AL RAMOS, with the manufacturing and distribution of multiple quantities of crack cocaine.

194

MERCADO resides at 1225 Sheridan Street, Camden, in front of which law enforcement believes that MERCADO also runs a drug set, in coordination with the set at 1185 Sheridan Street, having observed MERCADO engage in what appear to be hand–to-hand drug transactions on an almost daily and ongoing basis.  Law enforcement believes that MERCADO utilizes cellular telephone facility number (856) 986-0598.  The phone is subscribed to B.R. aka "Britt."  Law enforcement is familiar with B.R., who is MERCADO's girlfriend.

352.   On February 22, 2014, at approximately 6:37 p.m., ANT RAMOS called MERCADO, who said he was at his house waiting for "Britt."  In addition, your affiant has had several extended contacts with MERCADO, and I believe that the voice on the intercepted call is MERCADO's.   In addition, there are numerous monitored conversations between ANT RAMOS and MERCADO wherein they discussed meeting up, and then RAMOS and MERCADO were observed together shortly thereafter.

353.   An NCIC records check revealed that JIMMY MERCADO has the following criminal history in the state of New Jersey:

> i.    Arrested on March 12, 2007 by the Pennsauken Police Department and charged with obstructing the administration of the law; resisting arrest; manufacture/distribution CDS and CDS on school property.  MERCADO was convicted of distributing heroin/cocaine, a 3rd degree felony. On November 15, 2007, he was sentenced to nine months' confinement and five years' probation.
>
> ii.   Arrested on August 21, 2007 by the Camden Police Department and charged with resisting arrest; hindering apprehension; possession/use of CDS; manufacture/distribution of CDS; and possession/distribution of CDS within 500 feet of a school.

MERCADO was convicted of manufacturing/distributing CDS, a 3rd degree felony. On November, 15, 2007, he was sentenced to nine months' confinement and five years' probation.

iii.    Arrested on March 18, 2009 by the Camden Police Department and charged with attempting to elude police. MERCADO was convicted of attempting to elude police, a 2nd degree felony. On September 10, 2010, he was sentenced to six months' confinement and three years' probation.

iv.    Arrested on November 23, 2010 by the Camden Police Department and charged with possession CDS or analog; manufacture/distribute CDS; and CDS on school property. MERCADO was convicted of CDS on school property, a 3rd degree felony. On March 16, 2012, he was sentenced to nine months' confinement and three years' probation.

v.    Arrested on October 3, 2012 by the New Jersey State Police and charged with possession CDS/analog; possession marijuana/hashish; CDS production facility; distribution heroin/cocaine; distribution LSD; committing a drug offense; and possession of handgun. Charges are pending.

354.    Law enforcement believes that JIMMY MERCADO is one of ANT RAMOS' most trusted associates. There were approximately 123 contacts between the ANT RAMOS Phone and the JIMMY MERCADO Phone. Most of these communications related to meeting for the purpose of breaking down CDS.

355.    For example, on February 22, 2014, ANT RAMOS called JIMMY MERCADO. RAMOS asked, "You got some money for me?" MERCADO replied, "How much you need? Yeah I got some money for you" and "I got a stack." RAMOS said, "that should do." Law enforcement believes that RAMOS has MERCADO hold the illicit proceeds of the RAMOS DTO. Law enforcement further believes that RAMOS is reluctant to keep money at 1350 Sheridan Street because of the previously mentioned

recent law enforcement scrutiny in the area and the seizure of approximately $6,900 on February 16, 2014.

356.   On February 26, 2014, at approximately 1:05 p.m., ANT RAMOS called JIMMY MERCADO.  RAMOS said to "bring the, um, jawn to weigh."  Law enforcement believes that RAMOS wanted MERCADO to bring a scale to weigh the CDS.

**R.H.**:

357.   As detailed above, law enforcement believes that R.H. assists ANT RAMOS in the manufacturing and distribution of CDS; that is, heroin and cocaine.  R.H. is also a customer of the RAMOS DTO.  Law enforcement believes that R.H. utilized cellular telephone facility number (717) 450-0044.  There were 119 contacts between the ANT RAMOS Phone and the R.H. Phone from February 21 through March 19, 2014. R.H. resides in Woodbury, New Jersey.  Law enforcement was familiar with R.H. from the prior Sheridan Street Investigation, and he was known to drive a black 2010 Ford F150 pickup truck registered in his name.  There were numerous calls between ANT RAMOS and R.H. where plans were made to meet, and then R.H. arrived in his truck.

358.   An NCIC records check revealed that R.H. has the following criminal history in the state of New Jersey:

> i.   Arrested on November 9, 2002, by the Camden City Police Department and charged with manufacturing/distributing CDS and CDS on school property.  R.H. was convicted of distribution of imitation CDS, a 3rd degree felony.   On September 9, 2003, R.H.

197

was sentenced to two years' probation, which was later revoked and R.H. was resentenced to three years' confinement.

ii.    Arrested on March 21, 2004, by the Camden City Police Department and charged with manufacturing/distributing CDS; R.H. was convicted of CDS on school property, a 3rd degree felony. On November 18, 2005, R.H. was sentenced in the aggregate to three years' confinement and was parole ineligible for eighteen months.

359.    On February 23, 2014, R.H. called ANT RAMOS. RAMOS said, "I'm about to come over there right now. I'm done," and "I put the order in for you too." Based on the relationship that law enforcement believes to exist between R.H. and ANT RAMOS, it is believed that RAMOS finished breaking down a supply of CDS and had the requested amount of CDS for R.H.

## GRACIANO DIAZ, aka ROCKY:

360.    As detailed below, law enforcement believes that GRACIANO DIAZ, aka ROCKY DIAZ, is closely associated with the RAMOS DTO. Based on physical and electronic surveillance, and recorded conversations captured during previously-detailed controlled purchases, law enforcement believes that DIAZ is a set-worker and facilitator who assists ANT RAMOS in the manufacturing and distribution of crack cocaine, the break-down and bagging of heroin, and the distribution of the heroin. Law enforcement believes that DIAZ oversees or is directly involved in the daily hand-to-hand CDS sales at the open-air drug set at 1185 Sheridan Street.

361.    An NCIC check revealed that GRACIANO DIAZ, aka ROCKY DIAZ, DOB November 15, 1987, has the following criminal history in the State of New Jersey:

i.   Arrested on January 24, 2008, by the Camden City Police Department, and charged with receiving stolen property and unlawful possession of a weapon. DIAZ was convicted of possession of a handgun, a 2nd degree felony. On September 25, 2009, DIAZ was sentenced to three years' confinement and was parole ineligible for one year.

ii.  Arrested on November 12, 2008, by the Camden City Police Department, and charged with possession of CDS; manufacturing/distributing CDS; and CDS on school property. DIAZ was convicted of CDS on school property, a 3rd degree felony. On September 25, 2009, DIAZ was sentenced to an aggregate of three years' confinement.

iii. Arrested on April 17, 2009, by the Winslow Township Police Department, and charged with criminal restraint; robbery by force; possession of a weapon for an unlawful purpose; and possession of a handgun. DIAZ was convicted of criminal restraint, a 3rd degree felony. On July 19, 2010, DIAZ was sentenced to an aggregate of five years' confinement.

iv.  Arrested on June 13, 2012, by the Camden City Police Department, and charged with aggravated assault with a weapon and certain persons not to have weapons. DIAZ was convicted of criminal mischief with damage, a 3rd degree felony. On October 11, 2013, DIAZ was sentenced to two years' probation.

362.   Law enforcement does not believe that ROCKY DIAZ was captured on any of the wire intercepts. However, DIAZ was captured almost daily on the Sheridan Street pole cameras, usually loitering in front of 1185 Sheridan Street, or 1225 Sheridan Street. Your affiant has had contact with DIAZ and positively identified him recorded on the pole camera. He has also been captured by the pole camera entering and exiting the DIAZ Grand Prix.

363.   CW4 advised that ROCKY DIAZ is supplied powder heroin by ANT RAMOS, which DIAZ bags and usually gives to SETZER or DIAZ' brother, B-TRILLS, to

sell on the set at 1185 Sheridan Street.  DIAZ is normally around the set to monitor the sale of the heroin.  Another FBI source who has been found to be reliable also advised that DIAZ works for the RAMOS DTO.  This FBI source has also observed DIAZ assisting ANT RAMOS in the cooking of powder cocaine into crack cocaine.

364.   As described previously during the controlled purchase on February 15, 2014, at approximately 4:42 p.m., ROCKY DIAZ exited 1350 Sheridan Street as CW4 was walking up Sheridan Street.  During the debriefing of CW4 by law enforcement, CW4 described the events that had occurred during the controlled purchase.  A subsequent review of the recordings of the controlled purchase corroborated CW4's account.  CW4 asked DIAZ if he had grams of heroin.  DIAZ confirmed that he had "work," meaning bundles of heroin, but not grams.  DIAZ said that ANT RAMOS just received a new shipment of heroin, and directed CW4 to talk to RAMOS.  CW4 went up to the door of 1350 Sheridan Street.  ANT RAMOS and GIO RAMOS came to the door. CW4 asked for a quarter-ounce of crack cocaine.  ANT RAMOS told GIO RAMOS to get it for CW4.  GIO RAMOS handed CW4 the crack cocaine.  ANT RAMOS told GIO RAMOS to give it to CW4 for $200.  CW4 gave GIO RAMOS the $200.  ANT RAMOS told CW4 that he also had good heroin for sale.  ANT RAMOS said the price was $85 per gram, or $90 for a bundle of fifteen bags of heroin.  CW4 did not buy heroin at that time.  CW4 walked away as ROCKY DIAZ was pulling off in the DIAZ Grand Prix.  CW4 told DIAZ that ANT RAMOS had given him good prices on the bundles of heroin.  DIAZ replied, "Just call," and "You know we got you."  CW4 advised that the RAMOS DTO was currently selling heroin with the stamp "JUICY."  It is law enforcement's conclusion

that these events and the conversation between DIAZ and CW4 clearly show that DIAZ is an active member of the RAMOS DTO.

365.   As previously described, in the early morning hours of February 16, 2014, Camden County Metro Police executed a consent search of 1350 Sheridan Street in conjunction with an unrelated shooting investigation.  Police recovered over 486 plastic bags of suspected heroin from the kitchen and $6,900 in cash from the bedroom of L.R. The bags of suspected heroin were stamped with the word "JUICY XL."  GIO RAMOS and L.R. were taken into custody as a result by the Camden County Metro Police. According to police reports, GIO RAMOS admitted in a post-Miranda interview, that he attempted to hide the heroin when police started knocking at the front door.   It is law enforcement's belief that when CW4 had run into DIAZ exiting 1350 Sheridan Street the previous day (February 15), DIAZ had just been assisting ANT RAMOS with bagging the new shipment of heroin that had come in.  It is law enforcement's experience that a "shipment" of heroin is a minimum of 100 grams.  This is a very conservative figure. Most likely, based on the amount of customers, and the observations of the activity at the drug set at 1185 Sheridan Street, the RAMOS DTO is receiving well in excess of 100 grams per shipment.

366.   On April 1, 2014, at approximately 12:48 p.m., the 1185 Sheridan Street pole camera captured the DIAZ Grand Prix driving up Sheridan Street and parking in front of 1185 Sheridan Street.  DIAZ exited the driver's door, and his younger brother B-TRILLS, exited the passenger door.  They walked up to the porch of 1185 Sheridan Street, then DIAZ, B-TRILLS  and a third Unknown Male ("UM9") walked back to the

201

trunk of the DIAZ Grand Prix, while B-TRILLS and UM9 stood at either side of the trunk.

DIAZ reached into the right hand side of the trunk area and removed something that he

appeared to place into the left pocket of his jacket.  The camera captured a portion of

the object, which was consistent with the barrel of a handgun.  The remainder of this

object was shielded by DIAZ' body.  B-TRILLS, UM9 and DIAZ then entered 1185

Sheridan Street.   It appeared that DIAZ was either holding his left side, or had his hand

in his left pocket as he ascended the steps to the porch of 1185 Sheridan Street.  It is

law enforcement's conclusion based on training and experience that the DIAZ' actions

at the trunk of his car were illicit in nature.  It was apparent to law enforcement that

DIAZ went to some length to conceal whatever object he obtained from the trunk.   It is

law enforcement's belief that the object he removed was a firearm, which is a standard

tool of the narcotics trade used to protect territory, proceeds and/or CDS.  It also

appeared that B-TRILLS and UM9 were deliberately shielding DIAZ' actions from

passing cars.

    367.   On April 16, 2014, at approximately 11:23 a.m., the 1185 Sheridan Street

pole camera captured the DIAZ Grand Prix driving up Sheridan Street and parking

across from 1185 Sheridan Street.  ROCKY DIAZ exited the driver's seat and H.S., also

known as SPUT, exited the passenger's seat.  DIAZ walked up Sheridan Street in the

direction of 1225 Sheridan Street (the JIMMY MERCADO residence) out of view of the

camera, then back in view a couple of minutes later and entered 1185 Sheridan Street.

H.S. is the brother of CHRIS SETZER and is often seen loitering in front of 1185

Sheridan Street and 1225 Sheridan Street.  It should be noted that, later in the day, as

previously mentioned in this Affidavit, DIAZ sold approximately 2.5 grams of powder heroin to CW4 (described earlier in this Affidavit).

368.    As provided previously, ROCKY DIAZ sold CW4 approximately 2.5 grams of suspected heroin during the controlled purchase on April 16, 2014. DIAZ said that this was the last of the shipment that they stamped with "JUICY." DIAZ said that they were now selling heroin stamped "Head Banger." It should be noted that as previously mentioned, on April 11, 2014, CW3 purchased 23 bags of suspected heroin stamped "Head Banger" from CHRIS SETZER. Law enforcement believes that this confirms the conclusion that ROCKY DIAZ assists the RAMOS DTO in the distribution of heroin. Furthermore, it corroborates the information from CW4 that ROCKY DIAZ gives heroin to SETZER to sell on the set.

369.    In addition to his participation in the RAMOS DTO, law enforcement believes that ROCKY DIAZ also participates in the ROLDAN DTO. As mentioned previously, during the communications between ESPRIT and RAYMOND ROLDAN on January 19, 2014, law enforcement believes that ROLDAN was anticipating receiving a supply of powder cocaine from D.S. ROLDAN called ESPRIT and asked, "Where you at, BOO?" ESPRIT said he was on Sheridan Street and that he was going to see "what's up with ROCK, to see if he, ah ready for me." ROLDAN said, "Just do what you gotta do and come see me." Law enforcement believes that ESPRIT first had to see DIAZ needed a resupply of crack cocaine.

370.    In addition, as previously provided, on March 1, CW4 purchased approximately half an ounce of crack cocaine from ESPRIT at approximately 3:53 p.m.

At approximately 4:17 p.m., the 1185 Sheridan Street pole camera captured ESPRIT exiting 1185 Sheridan Street and walking over to the DIAZ Grand Prix parked in front of 1185 Sheridan Street.  ESPRIT pulled a wad of money from his pocket and appeared to be counting it.  It then appeared that ESPRIT made an exchange with the passenger of the Grand Prix, believed to be ROCKY DIAZ.  At approximately 4:44 p.m., RAYMOND ROLDAN returned a call from ESPRIT and asked, "Why you just call me? I seen the missed call."  ESPRIT responded, "Yeah, I seen'd you.  I'm done."  ROLDAN replied, "Oh, yeah? Alright then.  Give me a couple of minutes."  Law enforcement believes that ESPRIT told ROLDAN that he had finished selling all of the crack cocaine that ROLDAN had given him earlier.  The exchange between ESPRIT and ROCKY DIAZ most likely involved ROCKY DIAZ handing over to ESPRIT the proceeds from the sale of crack cocaine supplied to the set at 1185 Sheridan Street by the ROLDAN DTO.

## RAMOS DTO CUSTOMERS/REDISTRIBUTORS:
## MARK WASHINGTON, ERIC RIVERA, T.N.

### MARK WASHINGTON, aka BURGER, aka BG:

371.   As detailed below, law enforcement believes that MARK WASHINGTON is a regular customer of ANT RAMOS.  Based on the phone analysis, monitoring of the wire intercepts, and physical and electronic surveillance, law enforcement has determined that from February 21 through March 15, 2014, there were approximately 66 contacts.  CW4 provided WASHINGTON's phone number as (702) 426-7888.

Furthermore, during the controlled purchase on February 24, 2014, CW4 was in ANT RAMOS' vehicle when ANT RAMOS said he had to pick up something from "BURGER." RAMOS called (702) 426-7888 and coordinated a meeting location at Sheridan and Norris Streets. WASHINGTON then entered the vehicle with CW4 and ANT RAMOS.

372.   Law enforcement believes that WASHINGTON receives a minimum of ten grams of heroin from ANT RAMOS and that RAMOS and WASHINGTON met a minimum of five times. On February 27, 2014, RAMOS called WASHINGTON and said, "I got to get up with him tomorrow" and asked, "same thing?" WASHINGTON said, "nah, probably a little more." ANT RAMOS asked, "Put a five on there?" WASHINGTON said he "might put a ten on it." In the experience of law enforcement, heroin is purchased in five-gram increments, and usually no fewer than ten. Law enforcement believes that RAMOS has supplied WASHINGTON with a minimum of 60 grams of heroin. Law enforcement bases this conclusion on the fact that RAMOS supplied WASHINGTON on at least five occasions, at ten grams minimum each time. On February 27, 2014, WASHINGTON wanted to increase that by ten grams.

373.   An NCIC records check revealed that WASHINGTON has the following criminal history in the state of New Jersey:

> i.   Arrested on November 5, 2005, by the Camden City Police Department and charged with criminal homicide; possession of a weapon for an unlawful purpose; and unlawful possession of a handgun. WASHINGTON was convicted of possession of a handgun, a 3rd degree felony. On April 27, 2007, WASHINGTON was sentenced to 364 days' confinement and four years' probation.

ii.   Arrested on December 6, 2006, by the Camden City Police Department and charged with possession of CDS; manufacturing/distributing CDS; and CDS on school property. WASHINGTON was convicted of CDS on school property, a 3rd degree felony.   On April 27, 2007, WASHINGTON was sentenced in the aggregate to 364 days' confinement and four years' probation.

iii.   Arrested on October 16, 2007, by the Camden City Police Department and charged with possession of CDS; manufacturing/possessing CDS; and CDS on school property. WASHINGTON was convicted of CDS on school property, a 3rd degree felony.   On March 27, 2009, WASHINGTON was sentenced to five years' confinement, and was parole ineligible for 30 months.

iv.   Arrested on November 1, 2008, by the Camden City Police Department, and charged with terroristic threats and possession of a weapon for unlawful purpose.   WASHINGTON was convicted of aggravated assault with bodily injury, a 3rd degree felony.   On March 27, 2009, WASHINGTON was sentenced in the aggregate to four years' confinement.

v.   Arrested on October 27, 2012, by the Camden City Police Department, and charged with receiving stolen property. WASHINGTON was convicted of receiving stolen property, a 3rd degree felony.   No sentence date was listed on the criminal history.   WASHINGTON is listed in fugitive status.

374.   WASHINGTON was the subject of three controlled purchases totaling

approximately 5.5 ounces of crack cocaine during the prior Sheridan Street

Investigation in 2012.   WASHINGTON was subsequently charged in the state of New

Jersey and those charges are pending.

375.   Reliable law enforcement sources have reported that MARK

WASHINGTON frequently carries a gun, has been in several shoot-outs and has a

reputation as one of the "enforcers" for the Sheridan Street DTO.   The captured

conversation on February 24, 2014 between CW4, ANT RAMOS, and WASHINGTON corroborates this information. The conversation related to a shooting incident which occurred on February 16, 2014, previously addressed above. WASHINGTON said that, "I had the strap on and everything," and "at the end of the day, I'm shooting." Also, on February 27, 2014, WASHINGTON called ANT RAMOS. RAMOS asked, "What you doing?" WASHINGTON said, "I just came from the gun range." ANT RAMOS asked, "You still with G?" WASHINGTON replied, "Nah, he dropped him off." RAMOS said, "Oh, 'cause I was gonna tell you, give that to him, if you had it on you." WASHINGTON said, "Oh, yeah, I'm saying, I'm coming down in the morning anyway." Law enforcement believes that WASHINGTON was at the gun range to fire a gun. WASHINGTON is a convicted felon and currently listed in NCIC in wanted status.   In addition, law enforcement believes that RAMOS wanted WASHINGTON to "give that," most likely referring to money, to GIO RAMOS for money WASHINGTON owed for heroin or for a future supply of heroin.

376.   As previously mentioned, on February 21, 2014, at approximately 4:48 p.m., ANT RAMOS returned a call from MARK WASHINGTON. WASHINGTON asked, "Oh motherfucker, you around?" RAMOS replied, "Not right now. I am in the middle of something. Yo, dude about to come, too." WASHINGTON replied, "Alright, alright, so, what, you can grab them for me and I just bring it to you as soon as I leave the mall?," and "just grab it. I got the money on me and I'll just give to you when I, watcha call it." Law enforcement believes that WASHINGTON wanted RAMOS to obtain an

unspecified amount of CDS for him, and that he would give RAMOS the money when RAMOS supplied WASHINGTON with it.

### ERIC RIVERA , aka E:

377.   As detailed below, law enforcement believes that ERIC RIVERA  is a customer of ANT RAMOS and a close associate of the Sheridan Street DTO.  Based on the phone analysis, monitoring of the wire intercepts, and physical and electronic surveillance, law enforcement has determined that from February 21 through March 14, 2014, there were approximately 70 contacts with the ANT RAMOS Phone and approximately 32 contacts with the ESPRIT Phone.  A confidential informant of known reliability provided ERIC RIVERA 's cellular phone number as (856) 655-5956 ("the ERIC RIVERA  Phone").  The 1185 Sheridan Street pole camera captured ERIC RIVERA, almost daily, loitering in front of 1185 Sheridan Street and operating a silver Ford Taurus with temporary New Jersey registration H418153.  Your affiant is familiar with RIVERA and identified the individual as ERIC RIVERA.

378.   On March 11, 2014, at approximately 11:18 a.m., ESPRIT called ERIC RIVERA at the telephone number (856) 655-5956, which was captured by the court-authorized intercept and told RIVERA  to "tell ROCK that RAY around here."  RIVERA replied that "we run up to the county to put money on DAN DAN's books," and "we comin' right now."  A few minutes later, the 1185 Sheridan Street pole camera captured RIVERA 's silver Ford Taurus pulling up to 1185 Sheridan Street and parking.  RIVERA and ROCKY DIAZ exited.  This confirmed that RIVERA  was utilizing (856) 655-5956.

379.   An NCIC records check revealed that ERIC RIVERA  has the following

criminal history in the state of New Jersey:

> i.   Arrested on March 12, 2006, by the Camden City Police
> Department and charged with unlawful possession of a handgun.
> RIVERA  was convicted of possession of a handgun, a 3rd degree
> felony.  On April 27, 2007, ERIC RIVERA  was sentenced to four
> years' confinement and was parole ineligible for eighteen months.
>
> ii.   Arrested on August 11, 2006, by the Camden City Police
> Department and charged with aggravated assault; possession of
> CDS; and possession of a firearm for an unlawful purpose.
> RIVERA  was convicted of aggravated assault with a weapon, a
> 3rd degree felony.  On April 27, 2007, ERIC RIVERA  was
> sentenced in the aggregate to four years' confinement, and was
> parole ineligible for eighteen months.

380.   According to reliable law enforcement sources, ERIC RIVERA is known to

carry a firearm, has been involved in a number of shootouts (having been shot on two

different occasions himself), and has a reputation as one of the "enforcers" for the

Sheridan Street DTO.  An example of ERIC RIVERA's reputation as an "enforcer," as

well as the SHERIDAN DTO's willingness to engage in violence, were two calls on

March 8, 2014, between ESPRIT and ERIC RIVERA.  ESPRIT called ERIC RIVERA

and told him that he had a conversation with "C" about the feud with "XAVE."  Law

enforcement knows from investigation that ESPRIT was referring to the shooting

incident on February 16, 2014, referred to several times above.  The following is the

transcript from a call on March 8, 2014, at approximately 9:04 a.m.:

"AE" is ANTHONY ESPRIT
"ER" is ERIC RIVERA
[U/I] unintelligible

ER:  Yo Cuz

AE:  Where you at yo?

ER:  I had to make a [U/I] chop

AE:  A what?

ER:  I gotta go make a [U/I]

AE:  So where you at right now?

ER:  I'm down town at the county why what happened?

AE:  You know, you, you, remember when you rode passed me?

ER:  Yeah.

AE:  You know who's that parked on the corner?

ER:  Who?

AE:  That was baby boy!

ER:  On what corner?

AE:  On that corner when you rode passed, MUTHA FUCKA!

ER:  On the corner?

AE:  Yeah on Sheridan when you seen me.  When I was getting out the car.  I hopped out, cause, he was hopping out his car!

ER:  I ain't see that nigga.

AE:  Well he hopped out his shit and I hopped out my shit.  Boy, he talking all this crazy, like, you feel me, he like, he like, like, like man, feel me.  He cost ya'll a lot of money and shit he talking about like, he wanna talk, you feel me, he keep like he, he, he, he trying to make money.

ER:  Who that?

AE:  Who else?  The one you looking for!

210

ER: What?

AE: The one you looking for.

ER: Z?

AE: Yeah, No, not Z mutha fucking um, C.

ER: Z ?

AE: C !

ER: C ?

AE: Yeah. He was in that red 200 hundred, Philly tag.

ER: What he say?

AE: He was like, he was like, he was like, you feel bro, he like, he like, he like, like, like come on man, like I wanna talk to niggas you feel me like, he causing, he causing ya'll a lot of money, like at the end of the day, you feel me man, like, like bro

ER: He said what?

AE: He, he, he telling me like, he telling me like you causing us a lot of money and shit, you feel me, and shit [UI] He like, he like you causing us a lot of money and shit like, I'm like what? I'm like what, at the end of the day, that's cuzo like, at the end of the day, it's your boy doing all the joke shit, like talking about he gonna crack me. It is what it is at the end of the day, bro. Like, I don't give a fuck, you feel me, he like,

ER: Yeah.

AE: You feel me, I got my strap in my hand, he got his in his hand, he like, man, he like, like at the end of the day... ya'll gotta stay from around here, like I'm like what? That's cuzo nigga. At the end of the day, you already know what it is, you feel me. It is what it is, he like man I'm trying to warn ya'll, I'm trying to give ya'll a heads up and shit, man, I'm like at the end of the day that's cuzo dawg. I don't give a fuck about nothing... [pause] but he all talking like, like, you feel me like he, he, he, he it's like he don't want, he don't want to go through this because he

211

trying to make money and shit, you feel me. He trying to say you started first and all this and all that.

ER:   He trying what?

AE:   He trying to say that you started first and all this other shit you feel me, he don't really want, he don't really want, do all this, you feel me, 'cause he fucks with us and all this other shit that's why he wants to talk to ANT and AL, you feel me, ANT and AL and them, they know you, you started it and shit like that.

ER:   What?

AE:   All this other shit, he, that they know you started it, in, inside Onyx and shit all this other shit.

ER:   They know I started it?

AE:   Yeah that's what he said. That's what he said.

ER:   Man at the end of the

AE:   He was talking, he was talking some like, some like, some like, he tired of this shit, like, he don't want, you feel me, he scared or something, damn near, cuz.

ER:   Yeah, 'cause I ain't playing.

AE:   You feel me, and then I'm telling him, man, your boy, it's your boy man, your boy is running his mouth too much, man, like a lil' bitch, man. He like, that's how I get money, you feel me, that's my, that's my young boy, I know he run his mouth like a bitch, but at the end of the day that's how I get my money. And I'm like, man, he's your boy man. For real, like, cause like, he running around telling bitches that he gonna crack me, and shit like it is what it is man. We go both ways at the end of the day, bro. I don't give a fuck about nothing man, he like, 'but, you know I fuck with you, lil' bro' like you feel me, bro. I'm like, man, listen, that's cuzo at the end of the day. He like, 'well alright bro, it is what it is then,' I'm like alright man, like what the fuck you talking about. I had my strap on me boy. I know he has his big shit, but still, cuz, I'ma let mine count. We was face to face.

ER:   Who he was in the car with?

AE:   By his self. We was face to face cuz. He seen my car and he pulled over. He know I'm in this, you feel me, and he seen the Charger. So he was like, 'yo, who

212

in that right there, yo?' I'm like man ain't nobody in there. It's just me and you out here, like.

ER: Talking about what?

AE: Talking about the cars, he know what car, the Charger [U/I] the Charger and my shit. That's it, that's all he know. You feel me he coming, he coming, like, he getting tired of this shit. He scared. Sound like he drinking, and shit.

ER: He drinking?

AE: Yeah, like he drunk or something.

ER: Man I don't give a fuck about...

AE: Yeah. I'm talking about, I'm talking, yeah, I know you don't give a fuck about that, I'm talking, he coming like, he coming off like emotional. I'm all like, you feel me, like, you know I fucks with ya'll and shit, but he that type of person. That's the type shit he do, boy. I don't trust that nigga, boy.

ER: That's what's up. imma try and make a visit.

AE: You feel me cuz

ER: Hold on.

AE: Yo he in a

ER: [talking to unknown person]

AE: Yo

ER: Hold on cuz. I'm gonna ready to call you right back.

AE: Alright cousin.

The call ended.

381.    Then, at approximately 9:14 a.m., ESPRIT called ERIC RIVERA again.

ESPRIT told RIVERA that "C" was in "a Chrysler 200, red one, Philly tags." RIVERA

asked if he (meaning "C") had "seen my (ERIC RIVERA'S) car?" ESPRIT responded

213

that "he didn't see your car," and "that's why I'm saying, I thought you was gonna come through the alleyway or something." Law enforcement believes that ESPRIT was warning RIVERA and telling him what car "C" drove, so that RIVERA could shoot him. ESPRIT thought that RIVERA had seen him arguing with "C" and was going to "come through the alleyway" and shoot "C." As a result, law enforcement initiated a "Be on the Lookout" ("BOLO") for a red Chrysler 200 with Philadelphia registration and RIVERA's car which at the time, was a silver Ford Taurus. The above conversations between RIVERA and ESPRIT corroborate the information that RIVERA is an enforcer. It was evident by the content and tone of the conversation that ESPRIT was relaying how scared the individual named "C" was of RIVERA. Furthermore, according to ESPRIT's description of the meeting, C wanted to talk to ANT and AL (ANT RAMOS and AL RAMOS) to de-escalate the feud with RIVERA because, "…He cost ya'll a lot of money and shit he talking about like, he wanna talk, you feel me, he keep like he, he, he, he trying to make money…" Law enforcement interpreted this to mean that the feud between "XAVE" and RIVERA was cutting into their drug business. The call also indicates that ESPRIT was carrying a "strap," a common street term referring to a firearm.

382.    On March 12, 2014, a Camden County Metro Police Department vehicle stopped ERIC RIVERA 's Ford Taurus. RIVERA  was driving at the time. The passenger, later identified as J.C., ran from the vehicle after tossing a firearm away. J.C. was apprehended, the gun recovered, and J.C. charged accordingly. No firearm was found on RIVERA.

383.    Law enforcement believes that ERIC RIVERA is supplied at least ten-gram quantities of heroin by ANT RAMOS.  From the content of the intercepted communications, law enforcement believes that RAMOS supplied RIVERA  with heroin on at least five occasions between February 21 through March 14, 2014.  This does not include the times that arrangements were made in person while both were at 1185 Sheridan Street.  Law enforcement believes that RAMOS supplied RIVERA with at least 75 grams of heroin in this time period.

384.    For example, as detailed in the above paragraphs regarding the events of February 24, 2014, law enforcement believes that ANT RAMOS was supplying ERIC RIVERA with heroin.  Furthermore, as described in the next paragraph, law enforcement believes that RAMOS was supplying RIVERA a minimum of ten grams of heroin each time.

385.    On February 28, 2014, at approximately 3:25 p.m., the ERIC RIVERA Phone sent the text to the ANT RAMOS Phone, "Cuz if u can can u put 5 more in der frm da 10 u pose to give me."  The ANT RAMOS Phone sent the reply, "Got u."  Then at 4:03 p.m., the ERIC RIVERA  Phone sent another text, "Cuz ima nd 10 more ima bring u da bread now."  The ANT RAMOS Phone replied, "Ard."  This most likely refers to at least 25 grams of heroin, that is the original ten, plus the five, then ten more.  Again, these are conservative figures, and most likely, RIVERA  was being supplied greater quantities.

386.    At 4:36 p.m., the 1185 Sheridan Street pole camera captured a silver Ford Taurus driving up Sheridan Street.  It parked across from 1185 Sheridan Street.  ERIC

RIVERA exited the passenger seat and walked up to ANT RAMOS, who was standing in front of 1185 Sheridan Street. Law enforcement believes that RIVERA gave RAMOS money for the pending heroin supply at this time.

## CHRISTIAN SETZER, aka HITSTICK:

387.   As detailed below, law enforcement believes that SETZER works for both the ROLDAN DTO and the RAMOS DTO. Based on the phone analysis, monitoring of the wire intercepts, and physical and electronic surveillance, law enforcement believes that SETZER is supplied crack cocaine by the ROLDAN DTO, and heroin from the RAMOS DTO, and that he in turn makes hand-to-hand sales at the open-air drug set at 1185 Sheridan Street. Law enforcement has determined that from January 18 through February 11, 2014, there were nineteen contacts between the RAYMOND ROLDAN Phone and cellular telephone facility number (856) 883-9387, a phone known to be utilized by SETZER ("the SETZER Phone"). There are no contacts between the SETZER Phone and the ESPRIT Phone for the time period that law enforcement was monitoring the communications of the ESPRIT Phone (that is, from February 28 through March 29, 2014). However, law enforcement obtained toll records for the ESPRIT Phone from November 18, 2013 up to and including February 11, 2014. In this time period, there were 56 calls between the SETZER Phone and the ESPRIT Phone. Law enforcement believes, based on the almost daily routine of SETZER being on the 1185 Sheridan Street drug set, that SETZER was selling at a minimum a quarter-ounce of crack cocaine each day he was on the set, and at a minimum of a bundle of heroin

216

(fourteen bags in each bundle at $10 per bag) each day he was on the set. Based on

law enforcement experience, these are extremely conservative figures for a drug set as

active as 1185 Sheridan Street. If SETZER was on the set for three days per week,

then over a two-month period, SETZER sold, at a minimum, six ounces of crack cocaine

and 24 bundles of heroin.

388.   An NCIC records check revealed that SETZER has the following criminal

history in the state of New Jersey:

> i.   Arrested on December 10, 1999, by the Camden County Sheriff's
> Department and charged with manufacturing/distributing CDS.
> SETZER was convicted of manufacturing/distributing CDS, a 3rd
> degree felony. On December 10, 1999, SETZER was sentenced
> to five years' probation.
>
> ii.   Arrested on March 18, 2006, by the Camden City Police
> Department, and charged with manufacturing/distributing CDS
> and CDS on school property. SETZER was convicted of
> distributing marijuana/hashish and CDS on school property, both
> 3rd degree felonies. On May 11, 2007, SETZER was sentenced
> to one year and eight months' confinement and was parole
> ineligible for eighteen months.
>
> iii.   Arrested on November 29, 2008, by the Camden City Police
> Department and was charged with resisting arrest and
> manufacturing/distributing CDS. SETZER was convicted of CDS
> on school property, a 3rd degree felony. On April 9, 2010,
> SETZER was sentenced to three years' confinement and was
> parole ineligible for nineteen months.
>
> iv.   Arrested on March 13, 2012, by the Woodbury Police Department
> and charged with manufacturing/distributing CDS. SETZER was
> convicted of possession of CDS or analog, a 3rd degree felony.
> The sentence is pending.

389.   The 1185 Sheridan Street pole camera captured SETZER on numerous

occasions, loitering in front of 1185 Sheridan Street. He was repeatedly observed

approaching passing vehicles. These actions are indicative of a "trapper," or street-level seller working on an open-air drug set. Furthermore, several FBI informants of known reliability, including CW4, have reported that SETZER sells heroin and crack cocaine at the 1185 Sheridan drug set.

390. On January 29, 2014, at approximately 4:55 p.m., SETZER called RAYMOND ROLDAN and said, "Yo, uh, call BOO BOO and tell him I'm ready for him," and "his phone keep going to voice mail." ROLDAN replied, "Alright." Almost immediately after this call, ROLDAN called the ESPRIT Phone, which went to voice mail. ROLDAN then called DAISY ROLDAN and asked, "No, no, earlier, when he was in front of auntie's house, remember?" ROLDAN said, "Because his phone keeps going to voice message." At approximately 5:19 p.m., SETZER called ROLDAN and asked, "Yo, you talk to him, unc?" ROLDAN said that he was "right there on Sheridan" and at "abuela (grandmother) house." SETZER said, "Alright, I'm about to go down there." "Abuela house" is known to law enforcement as 1185 Sheridan Street, which is the residence of ANT RAMOS' grandmother. When reviewing the 1185 Sheridan Street pole camera, there were several individuals loitering in front of 1185 Sheridan Street, and others walking to and from this group. It is unclear if ESPRIT or SETZER were part of this group. Law enforcement believes that SETZER had tried to reach ESPRIT for a supply of crack cocaine. When he was unsuccessful, SETZER reached out to ROLDAN to have ESPRIT meet him. ROLDAN then called ESPRIT, and when unsuccessful in reaching him, called DAISY ROLDAN. Law enforcement believes that this series of calls illustrates the relationships within the ROLDAN DTO.

391.    During the March 1, 2014, controlled purchase of a half-ounce of crack cocaine from ESPRIT, CW4 advised that when CW4 first arrived at 1185 Sheridan Street, there were several individuals present, including CHRIS SETZER, GIO RAMOS, ROCKY DIAZ, and others who were all waiting for ANT RAMOS.  ANT RAMOS never showed up.  Eventually, ESPRIT came walking around the corner from Louis Street. CW4 and SETZER met up with ESPRIT closer to Louis Street.  CW4 gave ESPRIT $500 for two quarter-ounce bags of crack cocaine.  ESPRIT also supplied SETZER with at least a half-ounce of cocaine.

392.    On March 19, 2014, CW4 advised that SETZER was utilizing cellular phone number (856) 883-9387 ("the SETZER Phone").  On March 27, 2014, CW3, while in the presence of your affiant, called the SETZER Phone and spoke with a male who identified himself as CHRIS.

393.    On March 27, 2014, CW3 was directed to contact the SETZER Phone and arrange to buy three bundles of heroin.  At approximately 4:52 p.m., CW3 called the SETZER Phone in the presence of your affiant.  CW3 asked for three "Bs" but that CW3 was not familiar with the area.  SETZER directed CW3 go to the Church's Chicken on Mount Ephraim Avenue.  CW3 was provided with an audio and video recording device and $300.  CW3's vehicle was monitored to the Church's Chicken parking lot, 1701 Mount Ephraim Avenue, Camden.  Surveillance observed CW3's vehicle arrive at the Church's Chicken at approximately 5:21 p.m.  At approximately 5:30 p.m., SETZER was observed entering CW3's vehicle's passenger door.  At approximately 5:33 p.m., CW3's vehicle pulled out of the parking lot and turned north on Mount Ephraim Avenue, where

the vehicle stopped at the intersection with Sheridan Street. SETZER exited CW3's vehicle and CW3's vehicle continued on. CW3's vehicle was monitored to a pre-designated meeting location. Law enforcement recovered the recording device, which was deactivated, and 33 clear plastic bags, each containing a blue wax paper, each of which contained a brown powder of suspected heroin. The wax paper in each bag was stamped with the word "JUICY XL." The substance field-tested positive for the presence of heroin. The bags were banded together by black rubber bands in two bundles of fourteen bags each, and there were an additional five loose bags. CW3 was debriefed and advised that SETZER entered the car and asked how much money CW3 had. CW3 said $300, then SETZER counted out 33 bags in exchange for the $300. SETZER told CW3 to call him again, and that he had weed and "hard" for sale as well. A review of the recording corroborated the above account. Law enforcement believes that SETZER referred to crack cocaine when he said that he had "hard" for sale. Law enforcement believes that the "hard" would be supplied to SETZER by ESPRIT and/or ROLDAN based on the above contacts. Furthermore, the heroin was most likely supplied by the RAMOS DTO. The "JUICY" stamp is the same stamp that AL RAMOS was arrested for distributing on December 24, 2013, and the same stamp that was seized from 1350 Sheridan Street by the Camden County Metro Police on February 16, 2014.

394. On April 11, 2014, CW3 was directed to contact the SETZER Phone and arrange to buy three bundles of heroin and half an ounce of crack cocaine. There were a series of texts between CW3 and the SETZER Phone. At approximately 2:33 p.m.,

CW3 sent the text to the SETZER Phone, "Hey it's [CW3]. I need the same thing I got last time but treat me like a better customer. Also can you get me a size 14 dressed?" At approximately 2:36 p.m., the SETZER Phone sent the text, "U want a half and three bundles right" and "raw or cookup." CW3 sent the reply, "cooked." At approximately 4:25 p.m., the SETZER Phone sent the text, "Just go to churches and ill direct you from there." SETZER also texted the price for the heroin and crack cocaine at $825. Law enforcement interpreted this string as CW3 asking for 14 grams of "dressed," or crack cocaine, and three bundles of heroin. SETZER replied that he would charge CW3 $825 for everything and then directed CW3 to go to the Church's Chicken, 1701 Mount Ephraim Avenue, Camden. CW3 was provided with an audio and video recording device, a digital scale, and $830. CW3's vehicle was monitored to the Church's Chicken parking lot, 1701 Mount Ephraim Avenue. Surveillance observed CW3's vehicle arrive at the Church's Chicken at approximately 4:52 p.m.

395. At approximately 5:04 p.m., SETZER was observed walking across Mount Ephraim Avenue from the direction of Sheridan Street and entering CW3's vehicle's passenger door. CW3's vehicle was observed pulling off and parking on the opposite end of the restaurant parking lot. At approximately 5:07 p.m., SETZER was observed exiting CW3's vehicle and walking across Mount Ephraim Avenue in the direction of Sheridan Street. CW3's vehicle pulled out of the parking lot and was monitored to a pre-designated rendezvous location. Law enforcement recovered the recording device, which was then deactivated, the scale, and two clear plastic sandwich bags. One of the sandwich bags contained a chunky, off-white substance, suspected to be crack cocaine.

The other sandwich bag contained 23 loose, smaller, clear plastic ziplock bags, each containing a blue wax-like paper that contained brownish powder, suspected to be heroin. Each wax-like paper was stamped with the phrase "HEAD BANGER."   The suspected crack cocaine and suspected heroin each field-tested positive for the presence of cocaine and heroin, respectively.

396.   CW3 was debriefed and advised that SETZER entered the car and had CW3 move away from the drive-through window because he was nervous that the police could see into CW3's vehicle. SETZER handed over the two plastic bags and said that there were 36 bags of heroin. SETZER said that he had "E's" and "Mollies" for sale as well. A review of the recording corroborated CW3's account. "E's" is most likely a reference to Ecstasy, which is a synthetic drug that comes in pill form. "Mollies" are known to law enforcement as an Ecstasy pill that has been mixed with any variety of manufactured chemicals and sold in the open-air drug markets in powder or capsule form.

397.   Your affiant counted the alleged heroin bags and found that there were only 23 bags present. CW3 was directed to contact SETZER to complain about the shortage. At approximately 6:34 p.m., CW3 sent the SETZER Phone the text, "How you burn with the buddles it's only 23!!," and at 6:37 p.m. CW3 sent the text, "I could have been a good customer. It's cool though." At approximately 6:49 p.m., the SETZER Phone sent the text, "No I'm in Turnersville I got you my brother just told me," and then at approximately 7:54 p.m., "I got u." It is law enforcement's experience that, although it does happen on occasion, a drug dealer will normally not intentionally "short" a steady

222

customer, because it is bad for business.  Law enforcement believes that SETZER  sold

a bag that he believed contained three bundles, or 36 bags, not realizing that his brother

had taken some from the bag, probably for another customer.  SETZER has several

brothers who are known to law enforcement.  At least two of these brothers, R.S. and

H.S., are captured frequently on the 1185 Sheridan Street pole camera at the open-air

drug set, loitering out front and believed to be engaging in hand-to-hand sales of CDS.

**T.N.**:

398.    As detailed below, law enforcement believes that T.N. is a customer of

ANT RAMOS from Lindenwold, New Jersey.   Law enforcement believes that T.N. was

utilizing telephone facilitycity number (856) 449-3297.   On March 3, 2014, at

approximately 1:15 p.m., T.N. called RAMOS and said, "it's RON RON, man."  CW4,

who is familiar with T.N. and has positively identified T.N., provided T.N.'s number as

(856) 449-3297.   Based on the phone analysis, monitoring of the wire intercepts, and

physical and electronic surveillance, law enforcement has determined that from March 3

through March 19, 2014, there was a total of fifteen contacts.  Law enforcement

believes that RAMOS supplied T.N. with heroin on at least six occasions.

399.    An NCIC records check revealed that T.N. has the following criminal

history in the state of New Jersey:

> i.    Arrested on February 18, 2009, by the Vineland Police
> Department and charged with possession of a handgun.  T.N.
> was convicted of possession of a handgun, a 2nd degree felony.

> On March 4, 2011, T.N. was sentenced to 364 days' confinement and five years' probation.

ii. Arrested on September 11, 2013, by the Lindenwold Police Department and charged with burglary; possession of defaced firearm; and possession of dum-dum bullets. These charges have been indicted and are awaiting trial.

iii. It should be noted that T.N. has a lengthy juvenile criminal history to include aggravated assault; attempt to elude police; and manufacturing/distributing heroin/cocaine.

400.   It is believed that ANT RAMOS is supplying T.N. with ten to 50 grams of heroin and that T.N. is distributing this heroin in Lindenwold. Based on the analysis of the intercepted communications, law enforcement believes that RAMOS has supplied T.N. a minimum of 130 grams of heroin. CW4 advised that T.N. recently returned home from jail and has been building his clientele back up in the Arborwood Apartment complex in Lindenwold.

401.   On February 14, 2014, at approximately 12:14 a.m., ANT RAMOS called T.N. RAMOS asked, "did you get that? Did you give it to somebody?," and "this shit is supposed to be better" and "I already got it tested, but, you know how everybody, whatever, they was probably used to this shit." Law enforcement believes that RAMOS had received a new batch of heroin from a different supplier. It is law enforcement's experience that a new batch of heroin is tested on a local drug user for quality purposes. Law enforcement believes that RAMOS wanted a couple of opinions to determine if this new heroin was better or worse.

402.   On March 3, 2014, at approximately 1:15 p.m., T.N. called ANT RAMOS. T.N. asked, "Tell me something good."  RAMOS asked, "What you need? How much money you got?"  T.N. replied, "I got about 800 for you."  T.N. also said, "I'm on the road to the get back, man, I need to get.  I need to be straight."  Law enforcement believes that $800 would buy T.N. ten grams of heroin, at $80 per gram.  When T.N. said "I'm on the road to the get back," law enforcement believes that T.N. is trying to get back his past narcotics business, which corroborates CW4's information that T.N. is building his narcotics clientele back up.

403.   On March 10, 2014, at approximately 4:30 p.m., ANT RAMOS returned T.N.'s call. RAMOS asked, "What you trying to do?"  T.N. said, "Probably like twenty or thirty 30."  At approximately 5:20 p.m., T.N. called RAMOS and said, "hey, yo, you up there," and "motherfucking twenty 20" and "whatchamacall it, LIVE about to come, you hear me?"  Law enforcement believes that RAMOS supplied T.N. with twenty to 30 grams, then T.N. sent LIVE (unknown) to be resupplied with another 20 grams.

## EVENTS ILLUSTRATING DTO MEMBERS' RELATIONSHIPS

404.   As previously detailed, and summarized here, on February 24, 2014, ANT RAMOS had several contacts with MARK WASHINGTON, D.S., AL RAMOS and JIMMY MERCADO.  Law enforcement believes that ANT RAMOS received a supply of cocaine from EFRAIM RIVERA, and that he met with WASHINGTON to obtain money for the purchase of that supply.  ANT RAMOS then met with D.S. and JIMMY

225

MERCADO. Then, at approximately 1:01 p.m., ANT RAMOS called WASHINGTON and said, "I was going, grab that from you so I can call old boy." Later in the afternoon, while CW4 was purchasing a supply of heroin from ANT RAMOS in a GMC SUV, WASHINGTON entered the vehicle and gave RAMOS an unknown amount of money. At 1:54 p.m., ANT RAMOS called AL RAMOS and asked, "what are we gonna do?" AL RAMOS replied, "I was waiting on you." ANT RAMOS asked, "You talk to her to get the key, or are we gonna have to drive out there?" AL RAMOS replied, "I thought we were just gonna do what we talked about in the car." This conversation was guarded in nature. Law enforcement believes that ANT RAMOS had expected AL RAMOS to obtain a key to a room or apartment so that they could "break down" the recently obtained supply. As noted previously in this Affidavit and again below, law enforcement believes that ANT RAMOS, JIMMY MERCADO and AL RAMOS used the apartment of N.H., at 7721 Broad Street, Pennsauken, to break down and/or cook CDS.

405. On February 25, 2014 at 7:08 p.m., AL RAMOS returned a call to ANT RAMOS. AL RAMOS asked, "What J.I. (JIMMY MERCADO) was talking about? He talking about that somebody said that shit was, uh, muddy, or some shit?" ANT RAMOS replied, "Yeah, they was wiling, 'cause you known how it is. It got, it take longer for it to break down." AL RAMOS said, "Yeah. We got, gotta grind that shit up better. We need another grinder or something." Law enforcement believes that AL RAMOS and ANT RAMOS were talking about complaints that JIMMY MERCADO received from their drug customers. "Muddy" most likely refers to the consistency of the

226

crack cocaine as it is being heated up into a state which is then ingested or injected by a drug user. AL RAMOS suggested that they use a new grinder. Based on my training and experience, I believe that AL RAMOS was referring to the tool narcotics dealers use to mix water and banking soda with the powder cocaine in the process of manufacturing the crack cocaine.

406.   On March 1, 2014, at approximately 10:55 a.m., JIMMY MERCADO called ANT RAMOS. MERCADO said, "Ni on her way out here." RAMOS said he was at 1350 Sheridan Street. MERCADO asked, "You, um, you didn't grab none of the stuff, right?" RAMOS said, "Yeah, yeah." At 11:34 a.m., the GPS tracker on the ANT RAMOS phone indicated that RAMOS was already at N.H's apartment. In an earlier call, MERCADO told RAMOS that he had to drop his daughter off, and RAMOS said that "Ni" (believed to be N.H.) could pick him up. Law enforcement believes that RAMOS drove out to the Pennsauken apartment with the "stuff" needed to cook the powder cocaine.

407.   At approximately 11:30 a.m., R.H. called ANT RAMOS. RAMOS asked, "Where you at? Come see me." R.H. asked, "Where you at?" RAMOS replid, "I'm out Pennsauken." R.H. asked, "You're at Pennsauken?" RAMOS replied, "You know where I'm at out Pennsauken. With AL." This was a guarded reference to the location of ANT RAMOS and AL RAMOS.   N.H. is the sister of R.H. and the mother of AL RAMOS' child. Law enforcement believes that the fact that ANT RAMOS was so guarded about his location corroborates the conclusion that ANT RAMOS and the others were engaged in illicit activity. Furthermore, based on the above sequence of events, law enforcement believes that ANT RAMOS, AL RAMOS and JIMMY

227

MERCADO were at N.H.'s apartment engaged in cooking and bagging the cocaine that RIVERA supplied. As noted above, law enforcement had directed CW4 to go to 1185 Sheridan Street to make a controlled purchase of heroin from ANT RAMOS. CW4 was waiting at 1185 Sheridan Street for ANT RAMOS, along with CHRIS SETZER, ROCKY DIAZ and GIO RAMOS, at 1185 Sheridan Street.

408.    At approximately 2:47 p.m., CW4 called ANT RAMOS. RAMOS told CW4, "you gotta give me a little bit. I'm out Pennsauken right now." Law enforcement believes that SETZER, ROCKY DIAZ, and GIO RAMOS were waiting for the crack cocaine that ANT RAMOS, AL RAMOS , and JIMMY MERCADO were cooking.

409.    At 2:54 p.m., ANT RAMOS called JIMMY MERCADO and asked, "What's up, yo, you all straight?" A male voice in the background believed to be AL RAMOS yelled back as MERCADO laughed, "No, man, come on. We ain't nowhere near done." According to the GPS phone data, the ANT RAMOS Phone traveled from Camden to the vicinity of 7721 Broad Street, Pennsauken, sometime between 11:13 a.m. and 11:34 a.m.; then back to Camden sometime between 12:16 p.m. and 12:37 p.m.; then back to 7721 Broad Street, Pennsauken, sometime between 2:44 p.m. and 3:05 p.m.; and finally back to Camden sometime between 5:34 p.m. and 5:54 p.m.

410.    The events of March 3, 2014 also demonstrate the relationship between the ROLDAN DTO and the RAMOS DTO. In summary, law enforcement interpreted this day's events as follows: ANT RAMOS, AL RAMOS and JIMMY MERCADO went to 7721 Broad Street, Pennsauken to break down and/or process cocaine or heroin.

228

Based on the communications, it is most likely heroin. While they are processing the CDS, RAYMOND ROLDAN called and asked how long ANT RAMOS was going to be because "CANELO" was coming, meaning that LUIS DIAZ would be bringing a supply of powder cocaine. Later, ROLDAN called ANT RAMOS to complain that he tried to cook the powder cocaine, but he did it wrong because he was in a rush.

411.   On March 3, 2014, at approximately 12:34 a.m., the AL RAMOS Phone sent the ANT RAMOS Phone the text, "Ji said we need to go in tomorrow early." At approximately 8:43 a.m., the JIMMY MERCADO Phone sent the ANT RAMOS Phone the text, "Hit me wen u egg up." At approximately 12:45 p.m., ROLDAN called ANT RAMOS and asked, "How long you going to be, because, um, I talked to CANELO, and he said he as gonna come down." ANT RAMOS replied, "I just got started. I'm a be like a couple hours." According to the ANT RAMOS Phone GPS data, RAMOS was in the vicinity of 7721 Broad Street, Pennsauken at the time. At approximately 1:52 p.m., the ANT RAMOS Phone sent the R.H. Phone the text, "Bro don't forget the mask," and "Fa the dust." Law enforcement believes that RAMOS wanted R.H. to bring dust masks to protect them from the processing and/or breaking down of the CDS.

412.   At approximately 2:27 p.m., ANT RAMOS called R.H. and said, "I'm here with AL" and "Are you still trying to do that twenty?" R.H. replied yes. Law enforcement believes that ANT RAMOS was with AL RAMOS at N.H.'s apartment in Pennsauken, and that R.H. wanted twenty grams of heroin when they were done.

413.   At approximately 3:23 p.m., RAYMOND ROLDAN called ANT RAMOS. ROLDAN asked, "You ain't done?" RAMOS replied "almost." ROLDAN said, "Because

this guy, man, he was in a fucking rush," and "I grabbed it, but I was, I'm trying to say that I did it real quick and I fucked it up."  Law enforcement believes that LUIS DIAZ, aka CANELO, supplied ROLDAN with powder cocaine, and that ROLDAN had an impatient customer waiting for crack cocaine.  ROLDAN tried to cook the powder cocaine himself because ANT RAMOS was still doing his own CDS processing in Pennsauken.

414.   As a result of these communications, law enforcement surveillance was established in the vicinity of 7721 Broad Street, Pennsauken.  The black Dodge Charger rental, Kentucky registration 133-NYJ, known to be operated by both ANT RAMOS and AL RAMOS, was parked in the apartment complex lot, near 7721 Broad Street, Apartment D (N.H.'s apartment).  At approximately 5:26 p.m., ANT RAMOS returned a call to DAISY ROLDAN, who said, "I'm with the crazy one!"  ANT RAMOS replied jokingly, "Yeah, I told him I'm gonna call him when I get done.  I'm on my way out there," and said "Like ten minutes."  DAISY ROLDAN said "we over here at the, at the spot."

415.   At approximately 5:29 p.m., law enforcement observed AL RAMOS, ANT RAMOS and JIMMY MERCADO exiting 7721 Broadway, Pennsauken and entering the black Charger, and the vehicle pulling away.  Surveillance lost the Charger in traffic.   At approximately 5:47 p.m., pole camera surveillance captured the black Charger pulling up at 1185 Sheridan Street and ANT RAMOS and an Unidentified Male ("UM10") getting out and entering the residence.  At approximately 5:50 p.m., pole camera surveillance captured the RAYMOND ROLDAN Journey pull up at 1185 Sheridan

Street, and DAISY ROLDAN, who was operating the vehicle, exit the vehicle and enter 1185 Sheridan Street.

416.   On March 4, 2014, at approximately 5:11 p.m., ANT RAMOS called JIMMY MERCADO, who asked "You ready?," to which RAMOS responded "Yeah, where you at?"  MERCADO said he was out front.  At approximately 5:50 p.m., RAMOS called R.H. and said, "We at the Inn of the Dove," then proceeded to give directions to R.H. on how to get there.  RAMOS also added, "We need, uh, two plates and some rubber bands."  A check of the cell phone tower data indicated that RAMOS was in the vicinity of the Inn of the Dove, located at 725 Cuthbert Boulevard, Cherry Hill, New Jersey, at the time of the call.  At approximately 5:51 p.m., the ANT RAMOS Phone sent the R.H. Phone the text, "And a straw."  At approximately 6:51 p.m., R.H. called and RAMOS told him that they were in room 101.  Surveillance teams were dispatched to the Inn of the Dove and noted that R.H.'s truck was parked in the parking lot, in the vicinity of room 101.  Law enforcement believes that ANT RAMOS and JIMMY MERCADO went to the Inn of the Dove to break down CDS into smaller quantities and that R.H. joined them with the necessary tools.  Based on law enforcement's experience, plates are used as a cutting board to cut up chunks of crack cocaine. Straws are used to separate small quantities or a chunk of the crack cocaine and place the chunk into a small plastic bag that will later be sold individually to drug users, or by the bundle.  Rubber bands are used to bundle several of these small bags together, usually between ten to fifteen bags to a bundle.

231

## CONCLUSION

417.    Based upon the above, I submit that there exists probable cause that

EFRAIM RIVERA, also known as ("aka") E ("EFRAIM RIVERA"); BRYAN FALU

("FALU"); RAYMOND ROLDAN ("RAYMOND ROLDAN"); LUIS DIAZ, aka CANELO

("LUIS DIAZ"); ANGEL GARCIA, aka JUNGO ("GARCIA"); ALI ALEXANDER, aka

("ALEXANDER"); DANIEL ALSTON ("ALSTON"); GIOVANNY CARRERO

("CARRERO");DYMERE DEMBY ("DEMBY"); ANGEL VELEZ ("VELEZ"); DEWAYNE

JACKSON ("JACKSON"); DAISY ROLDAN ("DAISY ROLDAN"); ANTHONY ESPRIT,

aka BOO BOO ("ESPRIT"); JEROME ANTHONY RAMOS, aka ANT RAMOS ("ANT

RAMOS"); ALEXSIO RAMOS, aka AL RAMOS ("AL RAMOS"); GIOVANNY RAMOS,

aka GIO ("GIO RAMOS"); JIMMY MERCADO, aka J.I. ("JIMMY MERCADO"); RAMON

DIAZ, aka PALUCO ("RAMON DIAZ"); GRACIANO DIAZ, aka ROCKY ("ROCKY

DIAZ"); ERIC RIVERA, aka E ("ERIC RIVERA"); MARK WASHINGTON, aka BURGER,

aka BG ("WASHINGTON"); and CHRISTIAN SETZER, aka HITSTICK ("SETZER") have

been, and are involved in conspiracies with each other, and others, to distribute and

possess with intent to distribute cocaine and/or cocaine base that is crack and/or heroin,

in violation of Title 21, United States Code, Section 841(a)(1), Title 21, United States

Code, Section 846, conspiracy to distribute cocaine and/or cocaine base that is crack

and/or heroin; and that the contents, herein are true and correct to the best of my

knowledge, information and belief.

418.    I further request that the Court order that all papers in support of

this application, including the affidavit and warrant, be sealed until further order of the

Court. These documents discuss an ongoing criminal investigation that is neither public

nor known to all of the targets of the investigation. Accordingly, there is good cause to

seal these documents because their premature disclosure may seriously jeopardize that

investigation.

Vito D. Roselli, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this
6th day of May 2014

The Honorable Ann Marie Donio
United States Magistrate Judge

233

AL RAMOS, 6, 8, 9, 10, 14, 15, 22, 23, 119, 125, 126, 135, 136, 137, 139, 144, 194, 195, 196, 197, 198, 199, 200, 201, 203, 223, 230, 235, 236, 237, 238, 239, 240, 242

ALEXANDER, 5, 7, 68, 70, 72, 73, 74, 75, 76, 77, 78, 242

ALSTON, 5, 7, 58, 60, 62, 68, 89, 90, 91, 92, 93, 242

ANT RAMOS, 4, 5, 8, 9, 10, 13, 15, 17, 20, 21, 22, 23, 45, 65, 66, 67, 114, 115, 116, 118, 119, 120, 121, 123, 124, 125, 126, 127, 128, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 143, 144, 145, 149, 150, 151, 152, 153, 154, 155, 156, 157, 158, 159, 160, 162,163, 164, 165, 166, 168, 169, 170, 171, 172, 173, 178, 194, 195, 196, 197, 198, 199, 200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 213, 214, 215, 216, 217, 223, 224, 225, 227, 228, 232, 233, 234, 235, 236, 237, 238, 239, 240, 241, 242

CARRERO, 5, 8, 13, 20, 26, 29, 39, 41, 60, 61, 63, 65, 67, 68, 98, 99, 100, 101, 102, 103, 104, 105, 106, 119, 178, 242

DAISY ROLDAN, 5, 8, 9, 10, 14, 17, 42, 43, 44, 45, 47, 49, 50, 51, 53, 117, 140, 141, 144, 145, 146, 154, 155, 156, 158, 160, 161, 162, 166, 170, 173, 174, 175, 176, 177, 178, 179, 180, 182, 183, 201, 227, 240, 241, 242

DEMBY, 5, 7, 36, 37, 38, 68, 94, 95, 96, 97, 98, 242

EFRAIM RIVERA, 3, 4, 5, 6, 7, 8, 9, 10, 12, 17, 19, 20, 23, 24, 29, 41, 42, 44, 48, 54, 56, 64, 65, 67, 68, 69, 73, 78, 82, 88, 89, 92, 94, 96, 98, 102, 106, 109, 116, 117, 134, 151, 153, 160, 165, 166, 184, 235, 242

ERIC RIVERA, 6, 9, 120, 129, 130, 132, 157, 213, 217, 218, 222, 223, 224, 225, 242

ESPRIT, 4, 5, 8, 9, 10, 14, 18, 19, 45, 46, 47, 49, 50, 51, 52, 53, 117, 120, 123, 138, 139, 140, 141, 142, 143, 144, 145, 146, 149, 150, 153, 154, 155, 156, 157, 158, 160, 161, 162, 163, 165, 168, 169, 170, 173, 174, 175, 176, 177, 178, 179, 180, 181, 182, 183,184, 187, 189, 190, 191, 192, 193, 212, 217, 218, 222, 225, 227, 228, 230, 242

FALU, 4, 7, 12, 18, 25, 26, 27, 29, 30, 33, 34, 36, 37, 38, 39, 40, 41, 43, 44, 49, 96, 97, 98, 103, 104, 134, 143, 165, 170, 242

GARCIA, 4, 7, 13, 20, 28, 47, 48, 68, 69, 70, 71, 72, 73, 78, 79, 80, 85, 242

GIO RAMOS, 6, 8, 9, 10, 14, 119, 121, 122, 139, 142, 194, 200, 201, 202, 209, 216, 228, 237, 238, 242

JACKSON, 5, 8, 68, 109, 111, 112, 113, 242

JIMMY MERCADO, 6, 8, 9, 14, 22, 119, 124, 125, 126, 127, 128, 135, 136, 137, 139, 144, 145, 146, 157, 194, 198, 201, 202, 203, 204, 205, 211, 235, 236, 237, 238, 239, 240, 241, 242

LUIS DIAZ, 4, 6, 7, 8, 11, 17, 20, 30, 33, 42, 43, 44, 45, 49, 50, 51, 53, 54, 55, 116, 119, 132, 151, 160, 161, 162, 163, 164, 172, 173, 175, 176, 178, 179, 181, 184, 238, 240, 242

RAMON DIAZ, 6, 8, 9, 11, 19, 21, 45, 51, 116, 118, 132, 158, 159, 160, 163, 170, 171, 172, 173, 174, 175, 176, 179, 199, 242

RAYMOND ROLDAN, 4, 5, 7, 8, 9, 10, 12, 13, 16, 17, 19, 20, 23, 30, 33, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 56, 65, 66, 67, 72, 114, 115, 116, 117, 120, 122, 130, 133, 134, 135, 138, 140, 142, 143, 145, 151, 153, 154, 155, 156, 157, 158, 160, 161, 162, 163, 164, 165, 166, 167, 168, 169, 170, 171, 173, 174, 175, 176, 177, 178, 179, 180, 181, 183, 184, 185, 186, 200, 201, 202, 212, 225, 227, 238, 239, 241, 242

ROCKY DIAZ, 6, 8, 120, 121, 123, 125, 128, 132, 139, 142, 143, 149, 150, 154, 183, 206, 207, 208, 211, 212, 217, 228, 237, 238, 242

SETZER, 6, 8, 123, 128, 138, 140, 142, 147, 148, 157, 208, 211, 225, 226, 227, 228, 230, 231, 232, 237, 238, 242

VELEZ, 5, 7, 13, 25, 29, 68, 82, 83, 84, 85, 86, 87, 242

WASHINGTON, 6, 9, 120, 124, 125, 126, 127, 128, 129, 131, 133, 159, 197, 200, 213, 214, 215, 216, 235, 242