AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ERIC RIVERA | ) | Case No. |
| | ) | Mag. No. 14-1047 (AMD) |
| | ) | |
| *Defendant(s)* | ) | |

## AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  December 2013 through May 2014  in the county of  Camden  in the  District of  New Jersey , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1), 841(b)(1) | For further description see Attachment A. |

This criminal complaint is based on these facts:
See attached Affidavit of Probable Cause - Attachment B.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Vito Roselli, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/16/2014

_____
*Judge's signature*

City and state:  Camden, New Jersey   Honorable Ann Marie Donio, U.S. Magistrate Judge
*Printed name and title*

CONTENTS APPROVED

UNITED STATES ATTORNEY

By: _____
IRA M. SLOVIN,
Special Assistant U.S. Attorney

Date: May 16, 2014

## ATTACHMENT A

From in or about December 2013 through in or about May 2014, in Camden County, in the District of New Jersey, and elsewhere, the defendant,

RAYMOND ROLDAN,
JEROME ANTHONY RAMOS,
a/k/a "ANT RAMOS,"
RAMON DIAZ,
a/k/a "PALUCO,"
EFRAIM RIVERA,
a/k/a "E,"
LUIS DIAZ,
a/k/a "CANELO,"
DAISY ROLDAN,
ANTHONY ESPRIT,
a/k/a "BOO BOO,"
GRACIANO DIAZ,
a/k/a "ROCKY,"
ALEXSIO RAMOS,
a/k/a "AL RAMOS,"
GIOVANNY RAMOS,
a/k/a "GIO,"
JIMMY MERCADO,
a/k/a "J.I.,"
ERIC RIVERA,
MARK WASHINGTON,
a/k/a "BURGER,"
a/k/a "BG,"
CHRISTIAN SETZER,
a/k/a "HITSTICK"

did knowingly and intentionally conspire and agree with others to distribute and to possess with intent to distribute 280 grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II drug controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii); and 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II drug controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II); and 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I drug controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i).

In violation of Title 21, United States Code, Sections 846.